# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**Council of Parent Attorneys and Advocates, Inc.**

**Plaintiff**

Case No.: 1:20-cv-02310-GLR

*vs.*

**Elisabeth (Betsy) DeVos, in her official capacity as Secretary of Education, et al.**

**Defendant(s)**

## AFFIDAVIT OF SERVICE

I, Louis Gerrick, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S): Summons in a Civil Action; Complaint to Set Aside a Regulation and for Declaratory and Injunctive Relief; Civil Cover Sheet; Motion for Admission Pro Hac Vice (Jack W. London) with Attachment; Motion for Admission Pro Hac Vice (Jessica L. Grant); Motion for Admission Pro Hac Vice (Seth M. Galanter); Motion for Admission Pro Hac Vice (Alice Y. Abrokwa); and Motion for Admission Pro Hac Vice (Rachel E. M. Velcoff Hults)

SERVE TO: Elisabeth (Betsy) DeVos, in her official capacity as Secretary of Education

SERVICE ADDRESS: 400 Maryland Avenue, SW, Washington, DC 20202

METHOD OF SERVICE (per COVID-19 service of process protocol): By mailing the documents listed herein to Elisabeth (Betsy) DeVos, in her official capacity as Secretary of Education at 400 Maryland Avenue, SW, Washington, DC 20202 on 08/11/2020 via United States Postal Service, Certified Mail, Return Receipt Requested. Article Number: 7018 3090 0000 6834 5237. Service was signed for on 08/18/2020, return receipt attached.

I declare under penalty of perjury that this information is true.

8/21/2020
Executed On

Louis Gerrick

Client Ref Number: 87154/3
Job #: 1580281

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): D. Murray<br>C. Date of Delivery: 8/18/2020 |
| 1. Article Addressed to:<br><br>Elisabeth (Betsy) DeVos<br>Secretary of Education<br>400 Maryland Avenue, SW<br>Washington, DC 20202<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5769 0003 5106 73 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7018 3090 0000 6834 5237 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

Case 1:20-cv-02310-GLR   Document 8   Filed 08/11/20   Page 1 of 4
Case 1:20-cv-02310-GLR   Document 15   Filed 08/27/20   Page 3 of 3

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC., <br> *Plaintiff(s)* <br><br> v. <br><br> ELISABETH (BETSY) DEVOS, in her official capacity as Secretary of Education, <br> *Defendant(s)* | Civil Action No. GLR 20-cv-2310 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ELISABETH (BETSY) DEVOS, in her
official capacity as Secretary of Education
400 Maryland Avenue, SW
Washington, D.C. 20202

Robert K. Hur, United States Attorney
In care of Civil Process Clerk,
United States Attorney's Office for the
District of Maryland
36 S. Charles Street 4th Fl.
Baltimore, MD 21201

U.S. DEPARTMENT OF EDUCATION
400 Maryland Avenue, SW
Washington, D.C. 20202

William Barr, Attorney General
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

See attachment for plaintiff's attorneys and their addresses.

*CLERK OF COURT*

Date: 08/11/2020

*Signature of Clerk or Deputy Clerk*

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.