IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ELISABETH (BETSY) DEVOS, *in her official capacity as Secretary of Education*, *et al.*<br><br>Defendants. | Case 1:20-cv-02310-GLR |

**COPAA'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Council of Parent Attorneys and Advocates, Inc. ("COPAA") hereby moves pursuant to Rule 56 of the Federal Rules of Civil Procedure for summary judgment in its favor on its sole claim for relief, pursuant to sections 706 the Administrative Procedure Act, 5 U.S.C. § 706(2)(A) & (2)(C). COPAA challenges the interim final rule issued by Defendants Betsy DeVos and the United Stated Department of Education, effective July 1, 2020, entitled "Providing Equitable Services to Students and Teachers in Non-public Schools," enacting 34 C.F.R. § 76.665, published at 85 Fed. Reg. 39,479 (July 1, 2020) (the "IFR"). The IFR is unauthorized and contrary to law pursuant to the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act" or "Act"), Pub. L. No. 116-136, 134 Stat. 281 (Mar. 27, 2020). COPAA seeks a ruling that the IFR is invalid and setting it aside.

The motion is based on the facts cited and arguments stated in the accompanying Memorandum of Points and Authorities in Support of COPAA's Motion for Summary Judgment ("MPA") and facts stated in the Declarations of Seth Galanter, Selene Almazan, Robert Louis

1

Harris, Shahar Vinayi Pasch, Janet Preston, and Jeanette Andrea Taylor, and exhibits to those declarations, all accompanying this motion.

RESPECTFULLY SUBMITTED this 3rd day of September, 2020

By: */s/ Jack W. Londen*
Jack W. Londen

| | |
|---|---|
| Seth Galanter (D.MD. Bar No. 813890)<br>Alice Y. Abrokwa (D.MD. Bar No. 813895)<br>NATIONAL CENTER FOR YOUTH LAW<br>1313 L Street, N.W., Suite 130<br>Washington, D.C. 20005<br>Tel: (202) 868-4781<br>Fax: (202) 868-4788<br>sgalanter@youthlaw.org<br>aabrokwa@youthlaw.org | Jack W. Londen (D.MD. Bar No. 813892)<br>Jessica L. Grant (D.MD. Bar No. 813891)<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>Tel: (415) 268-7000<br>Fax: (415) 268-7522<br>jlonden@mofo.com<br>Jgrant@mofo.com |
| Rachel E. M. Velcoff Hults (D.MD. Bar No. 813893)<br>NATIONAL CENTER FOR YOUTH LAW<br>1212 Broadway, Suite 600<br>Oakland, California 94612<br>Tel: (510) 835-8098<br>Fax: (510) 835-8099<br>rvelcoff@youthlaw.org | G. Brian Busey (D.MD. Bar No. 03918)<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>Tel: (202) 887-1500<br>Fax: (202) 887-0763<br>gbusey@mofo.com |

Attorneys for Plaintiff COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC.