IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>ELISABETH (BETSY) DEVOS, *in her official capacity as Secretary of Education*, *et al.*<br><br>               Defendants. | Case 1:20-cv-02310-GLR |

## PROPOSED ORDER GRANTING COPAA'S
## MOTION FOR SUMMARY JUDGMENT

On the motion for summary judgment by Plaintiff Council of Parent Attorneys and Advocates, Inc., the Court has considered the parties' memoranda, declarations and exhibits, and the oral arguments of their attorneys. There are no material facts that are subject to dispute. Good cause appearing for reasons stated in this Court's separate opinion,

**IT IS HEREBY ORDERED** that Plaintiff's motion for summary judgment is hereby **GRANTED**.

**It is further ORDERED** that the interim final rule promulgated by Defendants Betsy DeVos and the United States Department of Education, effective July 1, 2020, entitled "Providing Equitable Services to Students and Teachers in Non-public Schools," enacting 34 C.F.R. § 76.665, published at 85 Fed. Reg. 39,479 is not in accordance with law and is in excess

2

of Defendants' authority.  Pursuant to 5 U.S.C. § 706(2)(A) & (2)(C), that interim final rule is hereby declared unlawful and set aside, with nationwide effect.

Dated: _____. 2020          _____
                                    Honorable George L. Russell, III
                                    United States District Judge