# Exhibit 1

ELSI Export

National Center for Education Statistics - http://nces.ed.gov/ccd/elsi/

This is a Public School based table with the following filters applied: State(s) (All Years): All 50 + DC; School ID - NCES Assigned [Public School] (All Years): 080336000390, 080435000605, 120150002783, 120150003226, 130174000690, 240051001038

| School Name | State Name | Agency Name [Public School] 2018-19 | Title I School Status [Public School] 2018-19 |
|---|---|---|---|
| ALEXANDER W DREYFOOS JUNIOR SCHOOL OF THE ARTS | Florida | PALM BEACH | 6-Not eligible for either TAS or SWP |
| BAK MIDDLE SCHOOL OF THE ARTS | Florida | PALM BEACH | 6-Not eligible for either TAS or SWP |
| DUNWOODY HIGH SCHOOL | Georgia | DeKalb County | 6-Not eligible for either TAS or SWP |
| EAST MIDDLE SCHOOL | Colorado | Mesa County Valley School District No. 51 | 6-Not eligible for either TAS or SWP |
| FRIENDLY HIGH | Maryland | Prince George's County Public Schools | 6-Not eligible for either TAS or SWP |
| PALMER ELEMENTARY SCHOOL | Colorado | School District No. 1 in the county of Denver | 6-Not eligible for either TAS or SWP |

Data Source: U.S. Department of Education, National Center for Education Statistics, Common Core of Data (CCD), "Public Elementary/Secondary School Universe Survey", 2018-19 v.1a.

† indicates that the data are not applicable.
– indicates that the data are missing.
‡ indicates that the data do not meet NCES data quality standards.