# Exhibit 2



Seth Galanter <sgalanter@youthlaw.org>

---

## Re: CORA request re: Title I equitable services and ESSER funds
1 message

**D51 Communicate** <communicate@d51schools.org>                    Thu, Aug 13, 2020 at 11:56 AM
To: Seth Galanter <sgalanter@youthlaw.org>

Hi Mr. Galanter,

In response to your request regarding Title I equitable services and ESSER funds, I have attached some documentation, and the answers to your questions are below.

1.  MCVSD spent $16,409 on equitable services to Non-Public schools for Title I-A in FY 2019-20.  Three schools requested Title I-A funding.  The calculation was based on their low-income students which totaled 18 students.

2.  Based on preliminary allocation MCVSD will spend $30,393 on equitable services to Non-Public schools for Title I-A in FY 2020-21.  Three schools requested Title I-A funding.  The calculation was based on their low-income students which totaled 21 students.

3.  ESSER funding for Non-Public schools used enrollment-based funding as MCVSD is planning to use ESSER funding for the entire district, not just for low-income (Title I-A) schools.  No low-income information was collected from the Non-Public schools that are requesting ESSER funding.  Based on anticipated allocation, MCVSD will spend $113,352 on equitable services to Non-Public schools.

Thanks,
**Catherine Foster**
**D51 Communications**



On Tue, Aug 11, 2020 at 7:42 AM Seth Galanter <sgalanter@youthlaw.org> wrote:
Under the Colorado Open Records Law § 24-72-201 et seq., I am requesting an opportunity to obtain copies of public records regarding:

1.  How much Mesa County Valley 51 spent on equitable services in 2019-20 under Title I, and the basis for calculating its equitable shares (i.e., the number of private schools that sought services for their students, and the number of low income/free lunch students enrolled in those schools).

2.  The same information regarding equitable services for 2020-21, if available.

3.  Any estimates of how much of its Elementary and Secondary School Emergency Relief (ESSER) fund allotment Mesa County Valley 51 would be required to spend on equitable services for private school students under both the poverty-based and enrollment-based approaches to equitable services.

If there are any fees for searching or copying these records, please inform me if the cost will exceed $30. This information is not being sought for commercial purposes.

If access to the records I am requesting will take longer than three working days, please contact me with information about when I might expect copies of the requested records.

If you deny any or all of this request, please include in your response which specific reason(s) for refusal.

Thank you for considering my request.

-Seth Galanter

---------------------------------------------

***Seth Galanter (****Pronouns****: he / him / his)***
***Senior Director***
National Center for Youth Law
(202) 288-8188 (cell)
www.youthlaw.org

**3 attachments**

 **ESSER Equitable FY 2020-21.pdf**
55K

 **Title I-A Equitable FY 2019-20.pdf**
73K

**Title I-A Equitable FY 2020-21.pdf**
73K

| Title I, Part A Equitable Expenditures for FY 2019 - 20 | | | |
|---|---|---|---|
| | Low-Income Students | | |
| Title Schools | in Title Schools | in Non-Public Schools | Total |
| Chatfield | 252 | 0 | 252 |
| Chipeta | 368 | 0 | 368 |
| Clifton | 331 | 2 | 333 |
| DIA | 143 | 0 | 143 |
| Dos Rios | 221 | 1 | 222 |
| Fruitvale | 293 | 5 | 298 |
| Linc OM | 213 | 2 | 215 |
| Mesa View | 208 | 2 | 210 |
| MGMS | 504 | 1 | 505 |
| Nisley | 376 | 3 | 379 |
| Orch Ave | 260 | 0 | 260 |
| Pear Park | 299 | 2 | 301 |
| R-5 | 214 | 0 | 214 |
| Rocky Mtn | 354 | 0 | 354 |
| Shelledy | 197 | 0 | 197 |
| Thunder Mtn | 254 | 0 | 254 |
| Tope | 134 | 0 | 134 |
| Total | 4621 | 18 | 4639 |
| Percentage of Students | 0.9961 | 0.0039 | 1.0000 |
| Proportionate Share of $4,228,839 Title I Allocation | $ 4,212,430 | $ 16,409 | $ 4,228,839 |

| Non-Public School Name | Low-Income Student Count | Title I School | Equitable Expenditure Allocation | For Parents and Families | for Instruction and Professional Development |
|---|---|---|---|---|---|
| Holy Family | | | $ 912 | $ 9 | $ 903 |
| | 1 | Mesa View | | | |
| Landmark Baptist | | | $ 11,851 | $ 118 | $ 11,733 |
| | 2 | Clifton | | | |
| | 1 | Dos Rios | | | |
| | 5 | Fruitvale | | | |
| | 1 | LOM | | | |
| | 1 | Mesa View | | | |
| | 2 | Nisley | | | |
| | 1 | MGMS | | | |
| Life Academy | | | $ 3,646 | $ 36 | $ 3,610 |
| | 1 | LOM | | | |
| | 1 | Nisley | | | |
| | 2 | Pear Park | | | |
| Total | 18 | - | $ 16,409 | $ 163 | $ 16,246 |

| Title I, Part A Equitable Expenditures | | | |
|---|---|---|---|
| for FY 2020-21 | | | |
| Low-Income Students | | | |
| Title Schools | in Title Schools | in Non-Public Schools | Total |
| Chatfield | 216 | 4 | 220 |
| Chipeta | 348 | 0 | 348 |
| Clifton | 298 | 1 | 299 |
| DIA | 128 | 0 | 128 |
| Dos Rios | 229 | 0 | 229 |
| Fruitvale | 255 | 5 | 260 |
| Linc OM | 182 | 0 | 182 |
| Mesa View | 195 | 6 | 201 |
| MGMS | 428 | 0 | 428 |
| Nisley | 316 | 2 | 318 |
| Orch Ave | 226 | 0 | 226 |
| Pear Park | 282 | 0 | 282 |
| R-5 | 198 | 0 | 198 |
| Rocky Mtn | 352 | 0 | 352 |
| Shelledy | 165 | 0 | 165 |
| Thunder Mtn | 239 | 3 | 242 |
| Tope | 116 | 0 | 116 |
| Total | 4173 | 21 | 4194 |
| Percentage of Students | 0.9950 | 0.0050 | 1.0000 |
| Proportionate Share of $6,069,879 Title I Allocation | $ 6,039,486 | $ 30,393 | $ 6,069,879 |

| Non-Public School Name | Low-Income Student Count | Title I School | Equitable Expenditure Allocation | For Parents and Families | for Instruction and Professional Development |
|---|---|---|---|---|---|
| Holy Family | | | $ 2,895 | $ 29 | $ 2,866 |
| | 1 | Mesa View | | | |
| | 1 | Thunder Mtn | | | |
| Landmark Baptist | | | $ 15,920 | $ 159 | $ 15,761 |
| | 1 | Clifton | | | |
| | 1 | Fruitvale | | | |
| | 2 | Fruitvale | | | |
| | 3 | Mesa View | | | |
| | 2 | Nisley | | | |
| | 1 | Thunder Mtn | | | |
| | 1 | Thunder Mtn | | | |
| Life Academy | | | $ 11,578 | $ 116 | $ 11,462 |
| | 2 | Chatfield | | | |
| | 2 | Chatfield | | | |
| | 1 | Fruitvale | | | |
| | 1 | Fruitvale | | | |
| | 2 | Mesa View | | | |
| Total | 21 | - | $ 30,393 | $ 304 | $ 30,089 |

| ESSER EQUITABLE EXPENDITURES | |
|---|---|
| **Non-Public Schools** | |
| FY 2020-21 | |
| **A.  Number of Students** | |
| A1.  LEA Enrollment | 21098 |
| A2.  Participating Private Schools Enrollment | 738 |
| A3.  Total Enrollment = A1 + A2 | 21836 |
| **B.  Title II, Part A Allocation** | |
| B1.  Total LEA Allocation | $       3,409,529 |
| B2.  Administrative Costs (for public and private school programs) | $            55,674 |
| B3.  LEA Allocation Minus Admin Costs = B1 - B2 | $       3,353,855 |
| **C.  Per Pupil Rate** | |
| C1.  B3 divided by A3 | $              153.59 |
| **D.  Equitable Services** | |
| Amount LEA must reserve for equitable services for private school teachers and other educational personnel = A2 x C1 | $            113,352 |

| Non-Public School Name | Student Count | Per School |
|---|---|---|
| Bookcliff Christian | 61 | 9,369 |
| Intermountain Adventist | 34 | 5,222 |
| Holy Family | 411 | 63,127 |
| Life Academy | 66 | 10,137 |
| Landmark Baptist | 103 | 15,820 |
| Messiah Lutheran | 63 | 9,676 |
| | 738 | $       113,352 |