# Exhibit 4

XAVIER BECERRA
Attorney General of California
MICHAEL NEWMAN
Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General
REBEKAH A. FRETZ
JAMES F. ZAHRADKA II
GARRETT LINDSEY (SBN 293456)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA 90013
  Telephone: (213) 269-6402
  E-mail:  Garrett.Lindsey@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF MICHIGAN, STATE OF CALIFORNIA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ELISABETH D. DEVOS, in her official capacity as the United States Secretary of Education, and UNITED STATES DEPARTMENT OF EDUCATION,**<br><br>Defendants. | Civil Case No. 3:20-cv-04478-SK<br><br>**DECLARATION OF DR. MONICA E. GOLDSON** |

### DECLARATION OF DR. MONICA E. GOLDSON

I, Dr. Monica E. Goldson, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1.      I am the Chief Executive Officer of Prince George's County Public Schools (PGCPS) located in the state of Maryland. My educational background includes a bachelor's degree in Mathematics from Florida A&M University, a master's degree in Elementary and Secondary School Administration from Bowie State University, and a doctorate in Educational Administration and Policy from Howard University. I have been employed as Chief Executive Officer since July 1, 2019. Prior to becoming Chief Executive Officer, I most recently served as Interim Chief Executive Officer and Deputy Superintendent of Teaching and Learning. However, as a product of the county schools, I have spent my entire career in PGCPS, starting as a mathematics teacher and steadily climbing the ranks from the classroom to district leadership as Assistant Principal, Principal, Associate Superintendent for High Schools, and Chief Operating Officer to the preceding roles noted above.

2.      PGCPS is one of the nation's 25 largest school districts and the second largest school district in Maryland, with 208 schools and centers, nearly 136,000 students and 19,000 employees. The school system serves a diverse student population from urban, suburban and rural communities located in the Washington, D.C. suburbs. PGCPS is nationally recognized for innovative programs and initiatives that provide students with unique learning opportunities, including arts integration, environmental and financial literacy, and language immersion.

3.      I submit this Declaration in support of the State of Maryland's litigation against Elisabeth D. DeVos, in her official capacity as Secretary of Education and the United States Department of Education (the "Department") regarding the recently issued Rule entitled *Providing Equitable Services to Students and Teachers in Non-public Schools*, 85 Fed. Reg. 39,479 (July 1, 2020) (the "Equitable Services Rule" or the "Rule"). I have compiled the information in the statements set forth below through PGCPS personnel who have assisted me in gathering this information from our institution and on the basis of documents that have been

1

provided to and/or reviewed by me. I have also familiarized myself with the Rule in order to understand its immediate impact on PGCPS and public schools in Maryland.

### Background - Maryland Public Schools

4.      Article VIII, Section 1, of the Maryland Constitution mandates that the General Assembly "shall by Law establish throughout the State a thorough and efficient System of Free Public Schools; and shall provide by taxation, or otherwise, for their maintenance." The authority of the Maryland State Board of Education is broadly set forth in Maryland Code, Education Article section 2-205. Courts have consistently found over a century of case precedents that Section 2-205 confers comprehensive "visitatorial power" upon the State Board of Education. *See, e.g.*, *Bd. of Educ. of Heister*, 392 Md. 140 (2006) (citing *Wiley v. School Comm'rs*, 51 Md. 401 (1879)).

5.      The State Board of Education oversees the Maryland State Department of Education (MSDE), a principal department of State government established by statute for the purpose of exercising "authority over: (1) Matters of elementary and secondary education that affect this State; and (2) The general care and supervision of public elementary and secondary education." Md. Code Ann., Ed. Art. sec. 2-101 and 2-106. The State Superintendent of Schools is appointed by the State Board of Education to oversee the administration of MSDE and has the powers provided in Subtitle 3 of the Education Article. Part of MSDE's oversight includes coordinating the pursuit, acquisition, and management of external funds from public and private sources to support state and local education programming.

6.      Maryland aid to local governments for public education exceeds $7 billion for the fiscal year ending June 30, 2021.

7.      The State Board of Education and Maryland State Department of Education oversee the work of 24 local education agencies (LEAs) or school districts, which together served over 900,000 students across more than 1,420 public schools for the 2020 school year.

8.      All Maryland LEAs received varying levels of Title I-A funding, totaling more than $221.7 million for FY 2020. PGCPS received an estimated $34.8 million for Title I-A

2

funding in FY 2020. Across the state, 423 schools were identified as Title I schools for the 2019-2020 school year.

### Effects of the COVID-19 Pandemic on Education in Prince George's County

9.      The COVID-19 pandemic has drastically impacted K-12 education in Maryland. Prince George's County has been disproportionately impacted due to the high rates of infection and COVID-19 related complications and deaths for thousands of county residents.

10.     As a result of the pandemic and in accordance with a directive from Governor Larry Hogan, MSDE implemented a budget and hiring freeze and stopped discretionary purchases of items or services unrelated to addressing the COVID-19 pandemic. Further, MSDE is subject to additional budget cuts, along with all state agencies, based on the substantial budget deficit projected for FY 2021.

11.     As a result of the COVID-19 pandemic and orders by the State Superintendent and State Board of Education, PGCPS schools were shut down from March 16, 2020 to the end of the academic year. During that time, PGCPS transitioned to a distance learning plan to complete the academic year with online teaching, lessons broadcast on PGCPS-TV, and enrichment learning packets. PGCPS has distributed over 65,000 devices—mostly chromebooks—and given traditional laptops to staff and some iPads to our youngest students and some special needs students. We estimate that we will be spending approximately $100,000 per month on Internet access to support families in need, as we continue to add additional families to Comcast's Internet Essentials program and continue to hand out hotspots from Verizon. We are in the process of reviewing stakeholder feedback and formulating our recovery plan for the start of the 2020-2021 school year to determine whether instruction will resume in school buildings, remain virtual, or become a combination of both approaches.

12.     The Maryland State Board of Education, Maryland State Department of Education, and State Superintendent have undertaken several efforts to assist LEAs and schools transition to distance learning, and other pandemic related assistance. Those efforts include the provision of child care services to essential personnel at more than 3,700 State-funded sites across Maryland;

3

supporting student access to nutritious meals with more than 13 million meals served since the start of school closures; professional development focused on supporting educators to provide effective distance learning; and waivers from multiple provisions in state regulations governing academic requirements that cannot reasonably be met during school closures and the pending pandemic.

13.     In May 2020, the Maryland Board of Revenue Estimates projected a $900 million to $1.1. billion loss in general fund revenues for FY 2020. In addition, the Maryland Board of Public Works recently approved Governor Larry Hogan's request to cut $413.17 million from the state's FY 2021 budget, which represents a 2% reduction from general fund appropriations.  More than $200 million in additional proposed cuts are scheduled to be considered by the General Assembly during the 2021 Legislative Session, cuts that will directly impact education and pay raises for state employees, among other things.

## CARES Act Funds Received by PGCPS for K-12 Education

A. Elementary and Secondary School Emergency Relief (ESSER) Funds

14.     In order to receive the ESSER funds designated for PGCPS and as required by the Department and the Maryland State Department of Education, PGCPS executed a Certification and Agreement form and submitted it to the Maryland State Department of Education on June 12, 2020. A true and correct copy of the Certification and Agreement completed by PGCPS and submitted to the Maryland State Department of Education is attached hereto as Exhibit A.

15.     Within this Certification and Agreement, PGCPS agreed to the following terms: (1) the local school system (LSS) will provide equitable services to students and teachers in non-public schools located within the LEA in the same manner as provided under section 1117 of the Elementary and Secondary Education Act of 1965 (ESEA), as determined through timely and meaningful consultation with representatives of non-public schools; (2) the LSS will ensure that a public agency will maintain control of funds for the services and assistance provided to a non-public school under the ESSER Fund; (3) the LSS will ensure that a public agency will have title to materials, equipment, and property purchased with ESSER funds; and (4) the LSS will

4

ensure that services to a non-public school with ESSER funds will be provided by a public agency directly, or through contract with, another public or private entity.

16. At the time that PGCPS executed the Certification and Agreement form, the Department had not yet published its Guidance Document or the Rule. Accordingly, neither PGCPS nor the Maryland State Department of Education was aware that the Department would subsequently issue rules to change the required proportional share calculation for equitable services required under the CARES Act and the private school students eligible to receive equitable services under the CARES Act.

17. Using the proportional share calculation set forth in Section 1117 of the Elementary and Secondary Education Act (ESEA), PGCPS would reserve $1,508,655 in ESSER funds to provide equitable services to private school students.

18. However, using the proportional share calculation set forth in the Department's Guidance Document and in Option #2 in the Rule, PGCPS would reserve $2,415,474 in ESSER funds to provide equitable services to private school students. Thus, under the Department's preferred proportional share calculation, private school students in Prince George's County would have access to an additional $906,819, and public schools would lose this same amount of funds.

B. Governor's Emergency Education Relief (GEER) Funds

19. PGCPS anticipates receiving $2,137,208 from the GEER Fund based on the application submitted to the Maryland State Department of Education on July 10, 2020.

20. Using the proportional share calculation set forth in Section 1117 of the Elementary and Secondary Education Act (ESEA), PGCPS would reserve $107,363 in GEER funds to provide equitable services to private school students.

21. However, using the proportional share calculation set forth in the Department's Guidance Document and in Option #2 in the Rule, PGCPS would reserve $171,897 in GEER funds to provide equitable services to private school students. Thus, under the Department's preferred proportional share calculation, private school students in Prince George's County would have access to an additional $64,533, and public schools would lose this same amount of funds.

5

**The Department's Rule Significantly Harms Prince George's County's K-12 Students**

22.     The Department's Guidance and Rule will result in less funding being distributed to public K-12 schools in Maryland.

23.     PGCPS must calculate the proportional share of CARES Act funds for private school students under Option #2 in the Rule. As a result, approximately $1.0 million will be diverted from public schools to private school students.

24.     For every $246 diverted from the public schools, a public-school student loses out on a needed internet-connected device that could allow the student to access online learning while schools are closed due to the pandemic.

25.     For every $91,735 diverted from the public schools, a public-school teacher in Prince George's County, Maryland may lose their position and be unable to provide students with access to learning during the pandemic.


I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.


Executed on this _15th_ day of July, 2020, at ___7:44 p.m.___

_Monica G. Golson_
Dr. Monica E. Goldson
Chief Executive Officer

6

# Exhibit A

## PROGRAMMATIC, FISCAL, REPORTING, AND OTHER ASSURANCES

1. The Local School System (LSS) will use ESSER funds for activities allowable under section 18003(d) of Division B of the CARES Act. (See Appendix A.)
   The following is not considered to be an allowable use of ESSER funds, under any part of 18003: 1) subsidizing or offsetting executive salaries and benefits of individuals who are not employees of the LSS or 2) expenditures related to state or local teacher or faculty unions or associations.

2. The LSS will provide equitable services to students and teachers in non-public schools located within the LEA in the same manner as provided under section 1117 of the ESEA, as determined through timely and meaningful consultation with representatives of non-public schools.
   - The LSS will ensure that a public agency will maintain control of funds for the services and assistance provided to a non-public school under the ESSER Fund.
   - The LSS will ensure that a public agency will have title to materials, equipment, and property purchased with ESSER funds.
   - The LSS will ensure that services to a non-public school with ESSER funds will be provided by a public agency directly, or through contract with, another public or private entity.

3. The LSS will, to the greatest extent practicable, continue to compensate its employees and contractors during the period of any disruptions or closures related to COVID-19 in compliance with Section 18006 of Division B of the CARES Act. CARES Act funds generally will not be used for bonuses, merit pay, or similar expenditures, unless related to disruptions or closures resulting from COVID-19.

4. The LSS will cooperate with any examination of records with respect to such funds by making records available for inspection, production, and examination, and authorized individuals available for interview and examination, upon the request of (i) the United States Department of Education (USDE) and/or its Inspector General; or (ii) any other federal agency, commission, or department in the lawful exercise of its jurisdiction and authority.

5. The LSS will comply with all applicable assurances in OMB Standard Forms 424B and D (Assurances for Non-Construction and Construction Programs), including the assurances relating to the legal authority to apply for assistance; access to records; conflict of interest; merit systems; nondiscrimination; Hatch Act provisions; labor standards; flood hazards; historic preservation; protection of human subjects; animal welfare; lead-based paint; Single Audit Act; and the general agreement to comply with all applicable Federal laws, executive orders and regulations.

6. LSS will submit the full certification, as set forth in 34 C.F.R. Part 82, Appendix A, upon request.

7. The LSS will sign and return the Assurances page of the Notice of Grant Award (NOGA) which includes a set of assurances that meets the requirements of section 442 of the General Education Provisions Act (GEPA) (20 U.S.C. 1232e).

8. To the extent applicable, an LEA will include in its local application a description of how the LEA will comply with the requirements of section 427 of GEPA (20 U.S.C. 1228a). The description must include information on the steps the LEA proposes to take to permit students, teachers, and other program beneficiaries to overcome barriers (including barriers based on gender, race, color, national origin, disability, and age) that impede equal access to, or participation in, the program.

9. The SEA will comply with the *Uniform Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards* (Uniform Guidance) requirements in Subpart D—Post Federal Award Requirements (2 CFR §§200.300-345) and Subpart E— Cost Principles (2 CFR §§200.400-475) to ensure that LEAs, including charter schools that are LEAs, are using ESSER funds for purposes that are reasonable, necessary, and allocable under the CARES Act.

10. The LSS and other entities will comply with the provisions of all applicable acts, regulations and assurances; the following provisions of Education Department General Administrative Regulations (EDGAR) 34 CFR parts 76, 77, 81, 82, 84, 97, 98, and 99; the OMB Guidelines to Agencies on Government-wide Debarment and Suspension (Nonprocurement) in 2 CFR part180, as adopted and amended as regulations of the Department in 2 CFR part 3485; and the Uniform Guidance in 2 CFR part 200, as adopted and amended as regulations of the USDE in 2 CFR part 3474.

**LSS ESSER Fund Contact/Title:**  Chief Executive Officer

**Contact Email:**     ceo@pgcps.org          **Contact Phone:** (301) 952-6008

**Local School System Superintendent (Printed Name):**  Dr. Monica Goldson

_Monica E. Goldson_                                   6/12/2020

**Signature:**                                              **Date:**

**USES OF ELEMENTARY AND SECONDARY SCHOOL EMERGENCY RELIEF FUNDS**
**Elementary and Secondary School Emergency Relief (ESSER) Fund Maryland Local School System Application**

**Part I – Planned Use of ESSER Funds**

**1. Please describe the Local School System's (LSSs) process for determining the most important education needs as a result of the COVID-19 Pandemic. Please identify the most important education needs revealed through this process.**

Prince George's County Public Schools (PGCPS) is guided in its decisions by its mission to provide a great education that empowers all students and contributes to thriving communities. Five strategic pillars undergird this mission and framed the prioritization of educational needs in the environment created by the COVID-19 pandemic. Each pillar (Academic Excellence, Safe and Supportive Environments, High-Performing Workforce, Family & Community Engagement, and Operational Effectiveness) is addressed in the context of six critical actions:  communicate, prevent, protect, equip, educate, and support.

Discussions of PGCPS education needs under the threat of COVID-19 began in early March 2020. With an abundance of caution for the safety and health of the PGCPS community, CEO Dr. Monica Goldson, the Board of Education and the local government collaboratively engaged in discussions on ways to support the PGCPS community with the looming impact of COVID-19.

During the first week of March, all principals and building services personnel were instructed to use procedures aligned with virus prevention as part of their daily cleaning of facilities. Schools were equipped with additional supplies such as soap, paper towels and hand sanitizer dispensers. As a safety precaution, Dr. Goldson canceled all student local and international field trips and nonlocal travel for staff. Preventative measures included scheduled hand washings for students and a prescribed disinfection of schools and buildings.  Within a few short weeks, the viral outbreak was worldwide and required prompt intervention at the federal and state levels to control.

Following strict guidance offered by state and local government and health officials, PGCPS' Executive Leadership Team (ELT) engaged in daily command meetings to stay abreast of new information as well as to discuss and make decisions on immediate actions to address protective alternatives to standard educational operations as a result of the pandemic.  The core ELT is comprised of district's executive leadership who are responsible for every aspect of the organization. Meetings include the discovery of new information through updates from the State and local governments, updates from the internal Incident Command Center, as well as information from the Communications Office who continuously monitors stakeholder needs through social media, emails and phone inquiries. Through the deliberation of the ELT, the most important education needs can be grouped into the following four categories:

- Student and staff safety and building readiness
- Continuity of learning
- Access to technology – the need for devices and internet access
- Communications – the ability to reach all parents and relevant stakeholders

In keeping with its mission to provide quality instruction to advance student achievement, PGCPS prioritized equipping students/families, and instructional staff with the materials, tools, technologies, and training to sustain instruction and creative distance learning opportunities. In addition, surveys were administered to the PGCPS community to identify the unique needs of students and families surrounding technology device availability, internet/wifi access, CATV viewing opportunity, etc. Internal needs assessments combined with survey results were used to inform and confirm the prioritization of the most critical education needs which included 1:1 student/device technology gap; universal access to instructional materials and online learning opportunities; sustaining student achievement momentum in core content areas during 4Q and summer periods, fortifying social and emotional support for students, families, and staff; and ongoing maintenance and disinfection of facilities. In addition, discussions surrounding SY2020 close-out for seniors and student performance accountability impacts were salient factors in systemic needs assessment efforts.

Given these priorities, delivery of 3rd and 4th quarter academic standards in core content R/ELA and Mathematics was confirmed as an academic priority with well-rounded education opportunities capping the weekly distance learning schedule. Particular attention was given to ensuring multiple ways of accessing learning opportunities and related instructional materials and that ease of access to needed student and family supports is afforded to high-needs student/school populations (i.e., FARMS, SWD, ELs). Monitoring and supporting the engagement of students in the continuity of learning effort is of equal importance and is led by the Office of Information and Technology through the tracking and reporting of daily updates on both the access and usage of technology throughout the district. Finally, maintaining an equity focus consistent with its Local ESSA Consolidated Strategic Plan, a robust Continuity of Learning Plan (see response #2) guided and continues to guide PGCPS' priorities and decisions surrounding education needs in the ongoing COVID-19 environment and beyond.

2. **Please provide a summary of the LSS's Continuity of Learning (COL) plan. Please identify new initiatives or activities that have been instituted in order to implement the LSS COL plan; i.e. professional development, family outreach, learning management system content, new or additional streaming capability to deliver educational services via cable television or other platforms, and student and staff devices and hotspots to improve internet connectivity. Please identify the major issues encountered in implementing the LSS COL plan.**

PGCPS' Continuity of Learning plan unfolded in two phases, Phase One included preparation, distribution, training, and collaboration. This phase of the plan focused on the design and delivery of professional learning to educators in various online platforms, provided the opportunity for teachers to set up virtual classrooms, and distributed laptops to students and staff as needed. During phase two educators began to deliver virtual lessons, established communication with families and students, and provided virtual support for students in need of assistance.

While distance learning is not be structured like a typical school day, the district plans to maintain key aspects of the classroom experience: collaboration with peers, daily lessons, and experimentation with individualized and innovative techniques. PGCPS' model of distance learning is inclusive of a blend of approaches to learning activities; independent, self-paced work; virtual office hours to check for understanding, and submission of assignments. This was designed to maintain an academic connection and flexibility for students, teachers, and families. The plan was strategically developed to support distance learning in the case of short- or long-term closures of school buildings.

The chart below outlines the new initiatives or activities that have been instituted in order to implement Continuity of Learning plan.

| Continuity Plan Components | Description of Component |
|---|---|
| Professional Development | The Continuity of Learning Plan includes an at-a-glance overview for high school, middle school, elementary school teachers/school staff, and central office staff. Additional guidance for the training process and course offerings are provided below:<br><br>Registration:  The schedule and registration information was posted for each specific audience on the Remote Teaching Site (bit.ly/pgcpsremoteteaching)<br><br>Course Selection:  During their grade span (elementary, middle, and high) professional development day, teachers/school staff attended one session to learn Google Classroom and one session to learn video conferencing Google Meet or Zoom and the Teaching at a Distance session. Additionally, teachers/school staff had the option to choose to attend a session to learn Screencastify.<br><br>Platform Information:  All virtual professional development sessions were presented via WebEx, allowing up to 900 participants to register in each session. |

| Continuity Plan Components | Description of Component |
|---|---|
| | School Administrators:  School Administrators joined the training for their respective level with teachers and school staff. School administrators also attend a GoGuardian session to learn how to monitor instructional sites being used and students' inappropriate use online.<br>Central Office Staff Training: Separate sessions were designated for Central Office Staff to receive training.<br>Instructional Focus Documents:  Teachers/School Staff have access to instructional focus documents that provide grade-level instructional focus topics and standard alignment that should be used weekly to guide instruction. |
| Learning Management System | Instructional focus guides have been created for every course in order to provide teachers with direction on how to implement the curriculum within a distance-learning format.  Teachers primarily use a combination of google classroom, google meet, and zoom to deliver instruction. |
| Television Streaming | The district is providing daily access to Reading and Math PreK-5 lessons on PGCPS-TV (channels 96 Comcast and 38 Verizon). If families do not have cable, they are also able to watch shows on-demand using the online schedule with links to programming. This schedule is available at  http://vod.pgcps.org/CablecastPublicSite/schedule.<br>Additionally, there is a rotation of Music, Art, Dance, Physical Education, Montessori, and Immersion on Fridays. |
| Device Distribution | In an effort to identify student access to a computing device and broadband access at home, the district created a survey sent to all students/families to identify those in need of a computing device and home internet access. Parents were asked to evaluate:<br>Which broadband Internet service provider is used in the home?<br>Is there a device that connects to the Internet at home for your student(s) to use?<br>What type of device(s) would your student(s) be able to use at home?<br>Is the student having to share a device?<br><br>The data received back identified students with and without a device.   The survey also identified students with broadband access at home and their provider, as well as students currently without broadband access.<br><br>**Preparation of Chromebooks and Student Equipment Agreements**<br>To prepare for the deployment of so many devices, a social distancing distribution plan was put in place to ensure safety for staff and families. This plan also ensured a way to capture an appropriate inventory of all devices being handed out to parents. The paperwork identifies which device was given to which student. The information, once the paperwork is collected from the schools, will be entered into our Asset Management System for our electronic record. |
| Internet Connectivity | **In-Home Connectivity**<br>PGCPS has partnered with Internet Essentials from Comcast to bring families affordable, high-speed Internet that makes it easier for low-income households to get |

| Continuity Plan Components | Description of Component |
|---|---|
| | connected so they can more easily work from home, access educational resources, and stay in contact with friends and family. New Internet Essentials customers may be eligible for two months of free Internet service.<br>**Wifi Access Points**<br>Drive-up wifi access points at several schools will be available starting Tuesday, April 14 for anyone with a PGCPS email account to log on from the school parking lot or within close proximity to the school. |
| Family Outreach | PGCPS designed a website (https://www.pgcps.org/coronavirus/distance-learning/) to inform families of the Distance Learning plan and resources available for students and families.  This page includes information on the following:<br><br>Distance Learning Plan PreK-12<br>Phase 1: Preparation<br>Phase 2: Distance Learning Plan<br>PreK-Grade 5 Lessons TV Schedule<br>Teacher/Student Weekly Schedule<br>Distance Learning Packets<br>Technology<br>Special Education<br>Calendar and Grading<br>Resources |
| **Major Issues Encountered in Implementing the Continuity of Learning Plan** | |

- Supporting students who did not have access to digital devices before Chromebook distribution
- Supporting students who do not have access to the internet
- Students who have not logged on to interact with the classroom teacher during the distance learning period

To sustain the supports introduced by PGCPS' Continuity of Learning and those instructional opportunities provided during summer programming, PGCPS will extend its school day when it re-opens it doors to students and staff for SY21.

In so doing, PGCPS understands that there are many factors to consider. One in particular, is compensating for any learning loss associated with school closures. Our goal is to extend the school day versus adding additional days to the school year.  All teachers and students, PreK-12, will have an extra 30 minutes per day for 30 days that will be used for academic interventions designed to deliver 4th quarter and 1st quarter content.

According to a January 2020 report from the Education Commission of the States, Md. Code Ann., Educ. § 7-103, requires Maryland schools to provide instruction for a minimum of 3 hours each day. The current school schedule in PGCPS far exceeds the minimum with six hours and 10

minutes for elementary and special schools K-12, and six hours and 40 minutes for K-8 academies, middle school, and high school. An additional 30 minutes would increase the daily instructional time to six hours and 40 minutes and seven hours and 10 minutes, respectively. The additional minutes for the first thirty days is reflected in the chart below.

| PGCPS School Type | PGCPS Current School Day Time Allotment | PGCPS Proposed School Day Time Allotment (30 days) |
|---|---|---|
| Elementary Schools | 6 hours 10 minutes | 6 hours 40 minutes |
| Dedicated Specialty K-6 | 6 hours 10 minutes | 6 hours 40 minutes |
| Special Schools K-12 | 6 hours 10 minutes | 6 hours 40 minutes |
| Middle Schools | 6 hours 40 minutes | 7 hours 10 minutes |
| K-8 Academies and Dedicated Specialty K-8 | 6 hours 40 minutes | 7 hours 10 minutes |
| High Schools | 6 hours 40 minutes | 7 hours 10 minutes |
| Academy of Health Science at Prince George's Community College & Annapolis Road Academy Alternative High School | 6 hours 40 minutes | 7 hours 10 minutes |

Hanover Research and Washington Association of School Administrators (2020) asserted that when learning loss occurs due to a traumatic event such as the COVID- 19 school closure, establishing a sense of constancy and predictability with schedules and routines that communicate a clear set of expectations (p. 4) can support students when they return to the school setting. Additionally, Canady and Rettig (1995) found a well-crafted schedule to result in more effective use of time, space and resources, as well as improve instructional climate (p. 4) as PGCPS dedicates an additional 30 minutes to address predetermined skills and concepts.

According to Walker (2016), more school districts across the country have stretched the school day. In fact, the Rochester Teachers Association implemented an extended learning initiative that won positive reviews from district leaders, educators, and parents. However, the plan was designed and implemented *with* educators, not *to* educators. Thus, the following will be reviewed as stakeholders collaborate on the use of the additional 30 minutes per day:

- PGCPS will identify and support student groups most affected by distance learning
- Fluency standards that are most beneficial as students progress
- Specific skills and concepts that students really need to be successful in future years
- A schedule for teachers to work vertically across grade levels for the purpose of deciding upon critical areas that must be addressed as students move from one grade to the next
- Rearranging course content to focus on the progression of standards that may have been missed

3. **Please describe how the LSS intends to assess and address student learning gaps resulting from the disruption in educational services.**

PGCPS recognizes the potential gaps in student learning outcomes in 4Q20 performance stemming from the disruption of the instructional environment due to COVID-19. As a result, a comprehensive and robust systemic summer virtual learning plan is being implemented to assess and address any gaps in 4Q20 learning at each grade band (preK, elementary, middle, and high school). In accordance with the state Superintendent's recommendations, PGCPS is actively engaged in planning to determine the extent to which additional learning supports will be carried forward into the start of SY21.

During the PGCPS summer program, PGCPS will continue to offer virtual learning platforms for students in prek-12. This summer experience will commence on July 1st through July 31st, and will be monitored throughout to ensure ongoing learning for students. In addition to designated online learning and the provision of learning via PGCPS television stations, 38 and 96 respectively, instructional enrichment learning packets will be available for student use. Funding will be utilized to ensure the continued provision of educational services, via Edgenuity, television stations and to support staffing needed for program implementation.

Elementary students in K-5 will receive online instruction via *iRead* and *iReady*® for reading and *DreamBox*© for mathematics. Cool Spring ES, Rosa L. Parks ES and Cherokee Lane ES will host virtual Learning in Extended Academic Programs (LEAP) Virtual Summer Program for students. Judy Hoyer Early Learning Center will offer a two-week program for rising pre-kindergarten students. Scheduled content specific learning experiences will be scheduled daily where PGCPS teachers provide direct instruction for K-5 students via television channels. Content teachers will be tasked with planning and teaching lessons that are aligned to fourth quarter instructional standards.

All middle school students will engage in virtual learning experiences to include participation in Edgenuity. Edgenuity is an online instructional program that is available through the purchase of licenses. Students will utilize the intervention model, a student adaptive component, and courseware lessons, developed and aligned to fourth quarter content standards during their participation. Students participating in the courseware model are selected due to failure in reading and mathematics and for students where classrooms were covered by a long term substitute during the school year. Unique learning paths, online tutors and teacher support will serve as a compliment to this virtual experience. Content areas of focus will be mathematics and RELA.

PGCPS will offer a Credit Recovery Program approach for high school students in grades 9-12. Course offerings will provide students the opportunity to retake courses where they have been unsuccessful. In order that this provision is offered for students to accommodate their instructional needs, there will be a need to ensure the procurement of licenses needed.

4. **Please provide the LSS's plan for meeting the equitable services requirement in Section 18005 of the CARES Act.**

Annually, PGCPS ESSA Program Offices connect with our Non-Public partners to initiate an intent to participate and provide meaningful and follow-up consultation. During this collaborative dialogue, the Program Offices explain/review equitable services as outlined by the relevant Department of Education authority.

To maintain relative consistency and continuity with our non-public partners, PGCPS will utilize similar processes to ensure equitable services are provided to all students in private schools in connection with CARES Act Elementary and Secondary School Emergency Relief (ESSER) program funding. Following is the process to be utilized by PGCPS. In light of the timing of the ESSER application relative to school closings, PGCPS will exercise increased flexibility in these process steps, to the extent possible, to meet the needs of the non-public partners while adhering to the guidelines for meaningful consultation.

- PGCPS will contact all Private schools in Prince George's County that are identified on the MSDE website via email and US mail. This contact provides private school officials with the opportunity to convey their request to participate in equitable services provided via ESSER funding. Private school officials will be asked to submit their interest for participation in addition to student and staff counts as is standard in ESSA Title program requirements, in addition to providing required student data used to determine proportional allocations.
- Schools will be asked to respond and indicate their intention to participate for SY21 within one week of form dissemination.
- Upon receipt of interest letters, PGCPS will invite all interested private school officials to attend a Prince George's County Public Schools (PGCPS) ESSER Consultation Meeting (to be scheduled virtually).
- The purpose of the consultation meeting is to provide an opportunity for Nonpublic officials to consult with PGCPS' program personnel and to receive an explanation and clarification regarding eligible CARES Act ESSER-funded services and programs. The PGCPS personnel representing each funded component of the ESSER program will provide an overview of the regulatory and program requirements for each aspect of the program within the district.
- To document agreement, during the consultation meeting, nonpublic representatives will be provided an document (via online tools) to verify all nonpublic consultation program topics were discussed.
- PGCPS will propose a start date for services to commence with private school children consistent with program start timeframes for PGCPS students. In addition, should parental permission be required for participation in any program, PGCPS will establish a date for non-public schools to provide such documentation.
- To ensure that consultation is ongoing throughout the school year, a collaboratively developed schedule of consultation meeting dates throughout the program service period will be developed in the initial consultation meeting.
- Consultation meetings (virtual unless otherwise communicated) allows the inclusion of representatives from all participating private schools and PGCPS program staff to be a part

of the process. During each meeting, updates will be provided regarding the implementation of services, student progress, and attendance of parent and family engagement activities when applicable. During the school year, PGCPS Program Offices will also work with the participating private schools to assist in spending their funds and ensure accurate reporting and compliance timelines are met.

5. **Please provide the LSS's planned use of ESSER funds, including the timeline for implementing activities funded through this grant.**

PGCPS will utilize funds received through ESSER grant award to address thirteen (13) discrete activities to include: *administrative cost*, *equitable services*, *operations, virtual summer school through edgenuity, curriculum writing, curriculum writing/instructional video, technology, communications, additional instruction time, trauma informed care supports, ESY enrollment expansion, academic materials and food services supplies*. Additionally, PGCPS' approved indirect costs are factored into the budget.

The activities and associated budgets are presented in the chart below. Also, a timeline of the activities and associated start and end dates is found the preceding pages.

| ACTIVITIES | BUDGET NARRATIVE DESCRIPTION | TOTALS |
|---|---|---|
| Administrative Cost | **Activity Summary:**<br>Hire a Part-Time Project Manager that will be dedicated to administering activities associated with the CARES/ESSA grant, and be responsible for the day-to-day management of the project.<br><br>The Project Manager will monitor and track project timelines; ensure that all key deliverables are met; manage communication across all key project-related internal stakeholders; manage the project budget; give direction as and when required; make decisions or recommendations during the project's life cycle; and coordinate, assemble and submit all project interim and final reports to MSDE in a timely manager.<br><br>**Budget Narrative:**<br>Part-time temporary grant administrative support:<br>Salary - $68,400<br>Fringes:<br>FICA (.0765 x 68,400) = 5,232<br>Workers Compensation (.02 x 68,400) = 1,368 | $75,000 |
| Equitable Services Non-Public Schools | Estimated Equitable Services Set-Aside for Participating Non-Public Schools | $1,508,655 |

| ACTIVITIES | BUDGET NARRATIVE DESCRIPTION | TOTALS |
|---|---|---|
| Operations | **Activity Summary:**<br>Prince George's County Public Schools will be providing the necessary labor and supplies/materials to reduce the risk of exposure to COVID-19 by thoroughly cleaning and disinfecting all of the district's facilities.  Additional disinfectant machines, personal protective equipment (PPE), sanitation supplies, and overtime are the key components that will be used to complete this ongoing task.<br><br>**Budget Narrative:**<br>**A.  Overtime - Total: $1,958,687**<br>To support the sanitation of schools and facilities throughout the district.<br>~$64.49/hour x 27,699 hours = $1,786,309<br>FICA (7.65%) = $136,652 and Workers Compensation (2.00%) = $35,726<br><br>**B.        Supplies – Total: $1,084,601**<br><br>Hand Sanitizer: Increase supply to proactively provide alcohol-based hand sanitizer when washing hands with soap and water is not readily available.<br>3,715 cases x $41.76/case = $155,138<br><br>Hand Soap: Increase supplies to comply with hand washing of at least 20 seconds per CDC guidelines.<br>3,173 cases x $43.25/case = $137,232<br><br>General Masks: Increase supply of general to protect against dust and air pollutants<br>9 cases (20,800 masks/case) x $25,000/case = $225,000<br><br>N95 Masks: Increase supply of N95 masks that protect up to 95% of all bacteria, virus, and fungi<br>550 boxes (20/box) x $62.40 = $34,320<br><br>Other Building Services Supplies - $532,911<br><br>**C.  Equipment – Total: $40,000**<br>Clorox 360 System Machines: Purchase additional disinfectant machines to clean and disinfect throughout the | |

| ACTIVITIES | BUDGET NARRATIVE DESCRIPTION | TOTALS |
|---|---|---|
| | district in efforts to meet EPA N-List recommendations for use against SARS CoV-2.<br>10 machines x $4,000 = $40,000 | |
| **Sub Total** | | **$3,083,288** |
| **Virtual Summer School through Edgenuity** | **Activity Summary:**<br>The Prince George's County Area Office reviewed the programs used by high schools and chose Edgenuity. The Edgenuity MyPath and Courseware programs provide intervention and enrichment resources to support skill attainment aligned to Maryland State Standards.  The funds will be used to purchase site licenses for students.<br><br>All middle school students will engage in virtual learning experiences to include participation in Edgenuity. Edgenuity is an online instructional program that is available through the purchase of licenses. Students will utilize the intervention model, a student adaptive component, and courseware lessons, developed and aligned to fourth quarter content standards during their participation. Students participating in the courseware model are selected due to failure in reading and mathematics and for students where classrooms were covered by a long-term substitute during the school year. Unique learning paths, online tutors and teacher support will serve as a compliment to this virtual experience. Content areas of focus will be mathematics and RELA.<br><br>**Budget Narrative:**<br>$16 per unit license x 18,750 middle school students $300,000 + $17,600 in non-license costs = $317,600. | |
| **Sub Total** | | **$317,600** |
| **Curriculum Writing/Instruction** (Summer Curriculum Writing for 1st quarter for 2020-2021 content) | **Activity Summary:**<br>Prince George's County Public Schools will be adjusting the first quarter curriculum to ensure that critical standards from the previous quarter 4 are addressed during the first several weeks of the new year.  These skills/standards will spiral through the 2020-2021 school year.  Additionally, with adding these to the beginning of the documents, the current First Quarter curriculums need to be adjusted and ready for students by August 31, 2020. | |

| ACTIVITIES | BUDGET NARRATIVE DESCRIPTION | TOTALS |
|---|---|---|
| | **Budget Narrative:**<br>**Salary – Total: $281,600**<br>**Workshop Pay:**<br>64 Curriculum Writers will be paid the curriculum writing rate, per the labor contract, for the creation of the curriculum guides.  As the system ensures learning of essential quarter 4 standards and/or skills and processes, curriculum documents for quarter 1 2020-2021 will need to be readjusted.  Content curriculum writers will be adjusting quarter 1 instructional documents to reflect these changes to the beginning of the document and then adjusting the remaining weeks within the quarter. This will occur across the Division of Academics.  Writing activities will occur between June 1 - August 15, 2020.<br><br>Approximately 22 (days), x 64 (2 FTE per 32 contents) x $200 a day = approximately $281,600<br>**Fringes – Total: $21,542**<br>FICA will be paid for all salaries: $281,600 x .0765 = $21,542 | |
| **Sub Total** | | **$303,142** |
| Curriculum Writing/Instructional Videos | **Activity Summary:**<br>Prince George's County Public Schools is providing daily access to Reading and Math PreK-5 lessons on PGCPS-TV (channels 96 Comcast and 38 Verizon). If families do not have cable, they are also able to watch shows on-demand using the online schedule with links to programming.  Additionally, there is a rotation of Music, Art, Dance, Physical Education, Montessori, and Immersion on Fridays.<br><br>**Budget Narrative:**<br>**A. Salary – Total: $58,800**<br>**Workshop Pay:**<br>Curriculum Writers will be paid the curriculum writing rate, per the labor contract, for each video created.  Teachers are asked to create videos aligned to the instructional focus for each week established.  Each week there are seven reading, seven math, three electives, one Montessori, and three Immersion videos each week.  This totals 21 videos a week.  The date span for this activity is April 14 - July 31, 2020. | |

| ACTIVITIES | BUDGET NARRATIVE DESCRIPTION | TOTALS |
|---|---|---|
| | Approximately 14 weeks, x 21 videos a week @ $200 per video = $58,800<br>**B. Fringes – Total: $4,498**<br>FICA will be paid for all salaries: $58,800 x .0765 = $4,498. | |
| **Sub Total** | | **$63,298** |
| **Technology** | | |
| Student Devices to create 1 to 1 (Purchase of student Chromebooks will be in preparation of start of the 2020-2021 School Year) | **Activity Summary:**<br>Prince George's County Public Schools has provided a student device (Chromebook) to students who have indicated that they did not have access at home. A total of 65,000 devices have been distributed and counting. The school district has been investing in Chromebooks with the expectation of the device lasting four years. To date, more than 25% of our devices need replacement.  Pre-k and Kindergarten will be receiving iPads.  Grades 1 - 12 will be receiving Chromebooks.<br>**Budget Narrative:**<br>**Total - 20,000 Chromebooks x $312.49ea $6,249,800 + 206 iPads @ $1,000ea $206,000 = $6,455,800** | |
| Classroom Management System Software - Web Filtering, Classroom Management, and Instructional Software (Purchase will be made in July 2020, in preparation for start of the 2020-2021 School Year) | **Activity Summary:**<br>In support of the delivery of instruction remotely, student access to devices and wifi broadband a cloud-based instructional classroom management system that focuses on instruction of students and is capable of monitoring and reporting interactions between teachers and their students when students are logged into Google Chrome or the Chrome OS using their PGCPS Google accounts. The classroom management system is needed to manage and monitor approximately 136,000 student devices and additional estimated cost for outdoor Wi-Fi antennas.<br>**Budget Narrative:**<br>**Total - 136,000 students x $7.35 per user**<br>**$999,600 + Wi-Fi antennas $313,282 = $1,312,882** | |
| Wifi Cost (This purchase was made in May 2020) | **Activity Summary:**<br>A total of 5,000 hotspots have been purchased.  Monthly cost for hotspots is $15.00 per device per month.  In addition, the school system is paying for families that qualified for Comcast's Internet Essentials and will be paying for the monthly cost. | |

| ACTIVITIES | BUDGET NARRATIVE DESCRIPTION | TOTALS |
|---|---|---|
| | **Budget Narrative:** Total: 7,625 devices x $200 per hotspot unit = $1,525,000 | |
| **Sub Total** | | **$9,293,682** |
| **Communications** | **Activity Summary:** The Office of Communications develops and maintains Distance Learning and COVID-19 webpages to share the latest information on these topics with families, community members and staff. Communications staff also develops publications, posts updates on social media, sends mass emails and hosts tele town hall events to share updates and field questions on distance learning and COVID-19. Communications works closely with Academics staff to create instructional videos for distance learning and provide daily access to distance learning content through the school system's cable television channels (Comcast Channel 96 and Verizon Channel 38). **Budget Narrative:** **A. Tele Town Halls – Total: $44,000** An external contractor will provide tele town hall dial-in services approximately every other month Tele Town Hall Hosting Services – $11,000K per event x 4 = $44,000 Staffing – Moderating and call-in screening will be provided at no additional cost by PGCPS volunteers **B. External Graphics and Video Production Support – Total: $149,079** External contractors will provide approximately 12 videos and 10 graphic design projects to help meet messaging needs to PGCPS families, community members or staff. Videography Fees – $6K per video x 4 = $24,000 Graphic Design Fees – $2,500 per project x 4 = $10,000; TV Lessons - $53,200; Community Communications - $61,879. **C. Digital and Video Equipment Upgrades – Total: $221,300** Upgrade On-Air system to improve remote operations, increase streaming capabilities, and have the ability to broadcast zoom meetings. Current system is at end of life, and can't be updated. | |

| ACTIVITIES | BUDGET NARRATIVE DESCRIPTION | TOTALS |
|---|---|---|
| | Equipment and Installation $75,000<br><br>Upgrade Main Production Control Room to allow remote location technologies like Skype, Zoom and other online services to become a part of the studio production process.<br><br>Equipment & Installation – $146,300<br><br>**D. Website Software – Total: $21,000**<br>To support distance learning and move to online distribution of all content, this software is necessary to maintain website accessibility requirements for Section 508 compliance and monitor school and office websites for accuracy and updated content.<br><br>Site-improve Software – $21,000<br>**Total: $320,300** | |
| **Sub Total** | | $435,379 |
| **Additional Instruction Time–** 30 days of additional instruction for 30 minutes | **Activity Summary**:<br>There are many factors to consider as PGCPS prepares to open its doors to staff and students. One in particular, is compensating for any learning loss associated with school closures. Our goal is to extend the school day versus adding additional days to the school year.  All teachers and students, PreK-12, will have an extra 30 minutes per day for 30 days that will be used for academic interventions designed to deliver 4th quarter and 1st quarter content.<br><br>The current school schedule in PGCPS far exceeds the minimum with six hours and 10 minutes for elementary and special schools K-12, and six hours and 40 minutes for K-8 academies, middle school, and high school. An additional 30 minutes would increase the daily instructional time to six hours and 40 minutes and seven hours and 10 minutes, respectively.  The additional minutes for the first thirty days is reflected in the chart below. | |

| ACTIVITIES | BUDGET NARRATIVE DESCRIPTION | TOTALS |
|---|---|---|
|  | <table><tr><th>PGCPS School Type</th><th>PGCPS Current School Day Time Allotment</th><th>PGCPS Proposed School Day Time Allotment (30 days)</th></tr><tr><td>Elementary Schools</td><td>6 hours 10 minutes</td><td>6 hours 40 minutes</td></tr><tr><td>Dedicated Specialty K-6</td><td>6 hours 10 minutes</td><td>6 hours 40 minutes</td></tr><tr><td>Special Schools K-12</td><td>6 hours 10 minutes</td><td>6 hours 40 minutes</td></tr><tr><td>Middle Schools</td><td>6 hours 40 minutes</td><td>7 hours 10 minutes</td></tr><tr><td>K-8 Academies and Dedicated Specialty K-8</td><td>6 hours 40 minutes</td><td>7 hours 10 minutes</td></tr><tr><td>High Schools</td><td>6 hours 40 minutes</td><td>7 hours 10 minutes</td></tr><tr><td>Academy of Health Science at Prince George's Community College & Annapolis Road Academy Alternative High School</td><td>6 hours 40 minutes</td><td>7 hours 10 minutes</td></tr></table><br><br>**Budget Narrative**:<br><br>**A. Salary - $10,073,528**<br>The below amounts cover the salary of all full-time and part-time school-based employees (excluding 12-month school administrators) and bus drivers for an additional 900 minutes of work (30 minutes/day * 30 school days):<br><br>Mid-Level Administration (202):  $419,324<br>Instructional Salaries and Wages (203): $6,645,740<br>Special Education (206): $1,923,429<br>Student Personnel Services (207): $127,724<br>Student Health Services (208): $134,274<br>Student Transportation Services (209): $495,176<br>Operation of Plant Services (210): $80,892<br>Food Service (213): $216,039<br>Community Services (214): $30,930<br><br>**B. Fringe Benefits - $972,095**<br>FICA (7.65%) and Workers Compensation (2.00%) employer payments for the above salaries.<br>$10,073,527*(7.65% + 2.00%) = $972,095 |  |

| ACTIVITIES | BUDGET NARRATIVE DESCRIPTION | TOTALS |
|---|---|---|
| | **C. Utility Costs - $319,694**<br>Additional utility costs associated with additional 900 minutes:<br><br>Water & Sewer: $56,461<br>Fuel Oil: $33,201<br>Electricity: $92,137<br>Natural Gas: $137,142<br>Propane Gas: $753 | |
| **Sub Total** | | **$11,365,317** |
| **Trauma-Informed Care Supports** for Teachers, Students and their Families due to COVID-19 | **Activity Summary:**<br>PGCPS will provide training to teachers and administrators on the components of trauma and its impact as experienced by students during COVID-19.  This training will also provide insight to educators on how student's learning and their behavior is affected by trauma. Lastly, the training will help schools develop safe environments for schools in supporting students whose trauma may manifest in ways previously met with school exclusion. Additionally, insight is intended to support staff's mental health, increase student engagement and reduce incidences of suspension as a result of student infraction.<br><br>**Budget Narrative:**<br>**A. Trauma Organization/Trainer/Model - $145,000**<br>($100/teacher x 1,450 teachers) = $145,000<br><br>**B. Workshop Pay to Staff - $253,750**<br>($250/day x1,450 teachers = $362,500)<br><br>**C. Fringe Benefits:**<br>FICA (7.65%) and Workers Compensation (2.00%)<br>362,500 x .0765 = $27,732<br>362,500 x .02 = $7,250<br><br>**Total Project: $145,000 Trainer + $362,500 Workshop Pay + $34,982 Fringes = $542,482**<br>Sessions will be offered during the summer (one day). Sessions will also be offered during the school year where participants will attend two (3.5-hour sessions) afternoon sessions. | |
| **Sub Total** | | **$542,482** |

| ACTIVITIES | BUDGET NARRATIVE DESCRIPTION | TOTALS |
|---|---|---|
| **ESY Enrollment Expansion** | **Activity Summary:**<br>ESY is a program that is legally mandated under the Individuals with Disability Education Act (IDEA) to maintain a free and appropriate public education (FAPE). The ESY program provides special education and related service to students with disabilities beyond the regular school year in accordance with his/her Individual Education Program (IEP).  ESY will serve appropriately 3,800 students during the extended school year program. The number of students exceeded last year's student count by 1,675 students due to COVID-19 school closure. The increased number of students attending ESY is based on IEP team eligibility determination decisions due to loss of instructional time and regression.<br><br>**Budget Narrative:**<br>**Salary – Total: $1,355,092**<br><br>**Teachers and Related Service Personnel:**<br>**Classroom Teachers** will provide online distance learning and complete IEPs and required documentation. **Related Service Personnel** to include speech, occupational and hearing therapists will provide supplementary aids and services outlined in a student's IEP for ESY. Teachers and related service personnel will work a 4-hour 4-day workweek over 4 weeks during the Extended School Year Program.<br>285 Teachers X $61.29 Rate X 4 hours X 4 days per week X 4 weeks = $1,117,930<br>51 Related Service Staff X $72.66 Rate X 4 hours X 4 days per week X 4 weeks = $237,162.<br>**Fringes – Total: $130,766**<br>FICA (7.65%) and Workers Compensation (2.00%) will be paid for all salaries:<br>$1,355,092 x .0765 = $103,664<br>$1,355,092 x .02 = 27,102 | |
| **Sub Total** | | **$1,485,858** |
| **Academic Materials** | Printing Cost for Student Instructional Materials:<br>Academic Packets to Students - $111,717<br>Other Academic Expenses: - $26,625 | |
| **Sub Total** | | **$138,342** |
| **Food Service** | Food Service Supplies to Serve Student Meals - $505,046 | |

| ACTIVITIES | BUDGET NARRATIVE DESCRIPTION | TOTALS |
|---|---|---|
| **Supplies** | | |
| **Sub Total** | | **$505,046** |
| **Total Direct Costs** | | **$29,117,089** |
| **Indirect Cost** | FY20 Indirect Cost - 3.37% (Total Grant – Equipment – Transfers / 1+rate x rate) $30,031,745 – 467,300 – 1,508,655 /1.0337 x .0337 | **$ 914,656** |
| | | |
| **TOTAL** | | **$30,031,745** |

**PGCPS CARES/ESSER Timeline of Activities**

Fiscal year / quarter groupings: FY20 (Q2-SY20: Mar-20–Apr-20; Q3-SY20: May-20–Jun-20); FY21 (Q1-SY21: Jul-20–Sep-20; Q2-SY21: Oct-20–Dec-20; Q3-SY21: Jan-21–Mar-21; Q4-SY21: Apr-21–Jun-21); FY22 (Q1-SY22: Jul-21–Sep-21; Q2-SY22: Oct-21–Dec-21; Q3-SY22: Jan-22–Mar-22; Q4-SY22: Apr-22–Jun-22)

| Activity | Mar-20 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Project Manager (Administrative) | | | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Equitable Services (non-public schools) | | | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| **Operations** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Thermometers | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| PPE | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Overtime | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Sanitation Supplies | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Additional Disinfectant Machines | | | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Virtual Summer School through Edgenuity | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | | |
| Instruction (Summer curriculum) | | | X | X | X | | | | | | | | | | | | | | | | | | | | | | | |
| Instruction (ES Instructional Videos for TV station) | X | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | |
| **Technology** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Technology (wi-fi) | | | | | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | |
| Technology (student devices) | | | | | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | |
| Technology Software | | | | X | X | X | X | X | X | X | X | X | X | X | X | X | | | | | | | | | | | | |
| **Communications** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Tele Town Hall platform | | | | | X | X | X | X | X | | | | | | | | | | | | | | | | | | | |
| External graphics and video production support | | | | | X | X | X | X | X | | | | | | | | | | | | | | | | | | | |
| Upgrades to digital and video equipment (i.e., Sitemprove software) | | | | | | | | | | | | | | | | | X | | | | | | | | | | | |
| Additional Instruction Time | | | | | | X | X | | | | | | | | | | | | | | | | | | | | | |
| ESY Enrollment Expansion | | | | | X | X | | | | | | | | | | | | | | | | | | | | | | |
| Trauma-Informed Care | X | X | | | | | | | | | | | | | | | X | X | X | X | X | X | X | X | X | X | X | X |
| Academic Materials | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Food Service | X | X | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Part II – Budget Documents**

**Please submit a completed C125 workbook with the application.**

The MSDE C-1-25 budget workbook that aligns with the activities identified in Question #5 of the application. The completed MSDE C-1-25 budget workbook accompanies the application.