# Exhibit 6

**State Board of Education**

Andy Tuck, *Chair*
Marva Johnson, Vice *Chair*
*Members*
Ben Gibson
Tom Grady
Michael Olenick
Ryan Petty
Joe York

**Richard Corcoran**
Commissioner of Education

# MEMORANDUM

**TO:**  School District Superintendents

**FROM:**  Jacob Oliva, Chancellor of Public Schools

Suzanne Pridgeon, Deputy Commissioner of Finance and Operations

Dakeyan Graham, Executive Director, Office of Independent Education and Parental Choice

**DATE:**  August 25, 2020

**SUBJECT:**  Equitable Services Update

Some of you have asked about a preliminary injunction that was entered by a federal court in the State of Washington that addresses issues brought by the State of Washington pertaining to the U.S. Department of Education's implementation of the equitable services requirements under the Coronavirus Aid, Relief, and Economic Security (CARES) Act. Specifically, the State of Washington challenged the U.S. Department of Education's Interim Final Rule.

The federal court issued an injunction that impacts **only Washington State**. The injunction does **not** impact Florida, **nor** does it impact any other state.

If we receive future guidance regarding the Interim Final Rule issued by the U.S. Department of Education, we will let you know. In the meantime, we are still obligated to continue abiding by the Interim Final Rule. And furthermore, please remember that this program is intended for emergency relief; therefore, no delay in provision of services is authorized.

JO/SP/DG

cc:   School District Finance Officers
School District Non-Public School Contacts