**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH (BETSY) DEVOS, SECRETARY OF EDUCATION; U.S. DEPARTMENT OF EDUCATION,<br><br>Defendants | Civil No. 1:20-cv-02310-GLR<br><br>DECLARATION OF ROBERT LOUIS HARRIS IN SUPPORT OF PLAINTIFF'S MOTION |

### DECLARATION OF ROBERT LOUIS HARRIS
### IN SUPPORT OF PLAINTIFF'S MOTION

I, ROBERT LOUIS HARRIS, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I could and would testify competently about these facts.

2. I live in Grand Junction, Colorado, which is within Mesa County Valley School District 51.

3. I am the parent of a public school student who currently attends East Middle School, which is within Mesa County Valley School District 51. My child is a student with disabilities who is entitled to receive services under the Individuals with Disabilities Education Act (IDEA).

4. I am also the parent of a public school student who currently attends Orchard Avenue Elementary School, which is within Mesa County Valley School District 51.

5. I am an active member of the Council of Parent Attorneys and Advocates, Inc. (COPAA), which is a national not-for-profit organization of parents of children with disabilities, their attorneys, and their advocates.

6. I joined COPAA because I believe in its mission to protect and enforce the legal and civil rights of students with disabilities and their families. I am passionate about parent involvement and strive to be an informed parent for my children. One of my children needs special education services and other supports in order to have an appropriate education and the same opportunities to learn as other children.  COPAA's work has helped me stay informed and has helped me find a network of advocates for my children in rural Colorado.

7. Federal funds are critical to making sure that local school districts like mine have the resources they need to support all students, including students with disabilities, especially when state and local governments have to make budget cuts. If any of my children's schools received no federal funds or even received fewer federal funds to help it respond to the

COVID-19 pandemic, I believe that my children would be at serious risk of not getting the services and supports that they need in order to be successful in school. My child with disabilities has received no direct services since the closures of schools in March due to the COVID-19 pandemic. I have had to provide services to my child with disabilities that should be provided by the school district, which has put pressure on myself and my family. The lost classroom time and the decrease in the resources that our school has available to benefit my child with disabilities has already put a severe strain on our lives, and any further decrease in funding would have a devastating effect on both children and our family.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 19th day of August, 2020.

Respectfully submitted,

_____
ROBERT LOUIS HARRIS