IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC.<br><br>                        Plaintiff,<br><br>v.<br><br>ELIZABETH (BETSY) DEVOS, SECRETARY OF EDUCATION; U.S. DEPARTMENT OF EDUCATION,<br><br>                        Defendants | Civil No. 1:20-cv-02310-GLR<br><br>DECLARATION OF SHAHAR VINAYI PASCH<br>IN SUPPORT OF PLAINTIFF'S MOTION |

# DECLARATION OF SHAHAR VINAYI PASCH
# IN SUPPORT OF PLAINTIFF'S MOTION

I, SHAHAR VINAYI PASCH, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I could and would testify competently about these facts.

2. I live and pay property and other taxes in Palm Beach, Florida, which is within Palm Beach County School district.

3. I am the parent of a public school student who currently attends Bak Middle School of the Arts, which is within Palm Beach School District. My child is a student with disabilities who is supposed to receive services under the Individuals with Disabilities Education Act (IDEA).

4. I am also the parent of a public school student who currently attends Alexander W. Dreyfoos School of the Arts, which is within Palm Beach School District. My child is a student with disabilities under Section 504 of the Rehabilitation Act, and has what is known as a 504-plan, but is not a student with disabilities for purposes of the IDEA.

5. I am an active member of the Council of Parent Attorneys and Advocates, Inc. (COPAA), which is a national not-for-profit organization of parents of children with disabilities, their attorneys, and their advocates.

6. I joined COPAA because I am an education law attorney who represents children with disabilities, and I support its mission to protect and enforce the legal and civil rights of students with disabilities and their families. My children need special education services and other supports in order to have an appropriate education and the same opportunities to learn as other children. COPAA's work helps me advocate on behalf of my children and other children.

7. Federal funds are critical to making sure that local school districts like mine have the resources they need to support all students, including students with disabilities, especially when state and local governments have to make budget cuts. If either of my children's schools received no federal funds or even received fewer federal funds to help it respond to the COVID-19 pandemic, I believe that my child attending that school would be at serious risk of not getting the services and supports that my child needs in order to be successful in school. A loss in federal funds for my children's school district would be significantly likely to reduce the regular and special educational services that students in the district, including my children, will receive. Particularly after the last several months of lost classroom time and the traumas of living through a global pandemic, any decrease in the resources that our school and school district has available to benefit students would have a devastating effect on many students, including clients that I represent as an attorney.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of August, 2020.

Respectfully submitted,

Shahar Vinayi Pasch