# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC.<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH (BETSY) DEVOS, SECRETARY OF EDUCATION; U.S. DEPARTMENT OF EDUCATION,<br><br>Defendants | Civil No. 1:20-cv-02310-GLR<br><br>DECLARATION OF JANET PRESTON IN SUPPORT OF PLAINTIFF'S MOTION |

## DECLARATION OF JANET PRESTON
## IN SUPPORT OF PLAINTIFF'S MOTION

I, Janet Preston, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I could and would testify competently about these facts.

2. I live and pay property and other taxes in DeKalb County, Georgia, which encompasses the DeKalb County School District.

3. I am the parent of a public school student who currently attends Dunwoody High School, which is within DeKalb County School District, Georgia. My child is a student with disabilities who is supposed to receive services under the Individuals with Disabilities Education Act (IDEA).

4. I am an active member of the Council of Parent Attorneys and Advocates, Inc. (COPAA), which is a national not-for-profit organization of parents of children with disabilities, their attorneys, and their advocates.

5. I joined COPAA because of its mission to protect and enforce the legal and civil rights of students with disabilities and their families. My child needs special education services and other supports in order to have an appropriate education and the same opportunities to learn as other children. COPAA's work helps me advocate on behalf of my child.

6. Federal funds are critical to making sure that local school districts like ours have the resources they need to support all students, including students with disabilities, especially when state and local governments have to make budget cuts. If my child's school received no federal funds or even received fewer federal funds to help it respond to the COVID-19 pandemic, I believe that my child would be at serious risk of not getting the services and supports that my child needs in order to be successful in school. A loss in federal funds for

my child's school district would be significantly likely to reduce the regular and special educational services that students in the district, including my child, will receive. Particularly after the last several months of lost classroom time and the traumas of living through a global pandemic, any decrease in the resources that our school has available to benefit my child would have a devastating effect on my child and our family as my child has a very specialized educational program due to her complex medical and educational needs.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of August, 2020.

Respectfully submitted,

*Janet E Preston*
Janet Preston