# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC. | Civil No. 1:20-cv-02310-GLR |
| Plaintiff, | DECLARATION OF JEANETTE ANDREA TAYLOR |
| v. | IN SUPPORT OF PLAINTIFF'S MOTION |
| ELIZABETH (BETSY) DEVOS, SECRETARY OF EDUCATION; U.S. DEPARTMENT OF EDUCATION, | |
| Defendants | |

**DECLARATION OF JEANETTE ANDREA TAYLOR**
**IN SUPPORT OF PLAINTIFF'S MOTION**

I, JEANETTE ANDREA TAYLOR, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I could and would testify competently about these facts.

2. I live and pay property and other taxes in Clinton, Maryland, which is within the district of Prince George's County Public Schools.

3. I am the parent of a public school student who currently attends Friendly High School, which is within the district of Prince George's County Public Schools. My child is a student with disabilities who is supposed to receive services under the Individuals with Disabilities Education Act (IDEA).

4. I am an active member of the Council of Parent Attorneys and Advocates, Inc. (COPAA), which is a national not-for-profit organization of parents of children with disabilities, their attorneys, and their advocates.

5. I joined COPAA because of its mission to protect and enforce the legal and civil rights of students with disabilities and their families. I noticed that my child and other students were not receiving adequate education services, and many parents are not aware of how to advocate for their children. COPAA allows me to advocate for my child and helps me to provide knowledge to other parents so they may advocate for their children as well.

6. Federal funds are critical to making sure that local school districts like ours have the resources they need to support all students, including students with disabilities, especially when state and local governments have to make budget cuts. If my child's school received no federal funds or even received fewer federal funds to help it respond to the COVID-19 pandemic, I believe that my child would be at serious risk of not getting the services and

supports that my child needs in order to be successful in school. My child will not be able to receive critical hands on speech and physical therapy services for the beginning of this school year. Our school is already grossly understaffed and overcrowded, and lacks necessary adaptive technology. Any further loss in federal funds would be detrimental to my child's school district because it would reduce the regular and special educational services that students in the district, including my child, will receive. Particularly after the last several months of lost classroom time and the traumas of living through a global pandemic, any decrease in the resources that our school has available to benefit my child would have a devastating effect on my child and our family.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of August, 2020.

Respectfully submitted,

_____
JEANETTE ANDREA TAYLOR