IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH (Betsy) DEVOS, *et al.,* <br><br> Defendants. | Civil Case No. 1:20-cv-02310-GLR |

**MOTION OF THE COUNCIL OF THE GREAT CITY SCHOOLS
FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
AND IN EXCESS APPLICABLE PAGE LIMITATIONS**

The Council of the Great City Schools (hereinafter the "Council"), through undersigned counsel, hereby respectfully moves, pursuant to this Court's Standing Order 2018-07 (the "Order"), for leave to file a brief as *amicus curiae* in support of Plaintiff's Motion for Partial Summary Judgment and for relief from the page limits applicable under the Order. The Order would limit the brief to 15 pages, but because of the importance of the issues at stake in this case, the Council respectfully requests an additional 10 pages—or 25 pages total—for its brief as *amicus curiae*.

District courts have discretion to appoint amicus curiae. *Bryant v. Better Bus. Bureau of Greater Maryland, Inc.*, 923 F. Supp. 720, 728 (D. Md. 1996). "The aid of amici curiae has been allowed at the trial level where they provide helpful analysis of the law, they have a special interest in the subject matter of the suit, or existing counsel is in need of assistance." *Id*. *See also Cobell v. Norton*, 246 F. Supp. 2d 59, 62 (D.D.C. 2003) (permitting an amicus curiae brief "when the amicus

1

has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide"). If permitted to file, the Council will fulfill the "proper role of amici" by "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Am. Coll. of Obstetricians & Gynecologists v. United States Food & Drug Admin.*, No. CV TDC-20-1320, 2020 WL 3960625, at *7 (D. Md. July 13, 2020).

The Council is a coalition of 76 of the nation's largest urban public school districts and is the only national organization exclusively representing the needs of urban public schools. Founded in 1956 and incorporated in 1961, the Council serves as the national voice for urban educators and provides a forum to share best practices. The Council is composed of school districts with enrollments greater than 35,000 students located in cities with a population exceeding 250,000. Districts located in the largest city of any state are also eligible for membership, based on urban characteristics. The Council's member districts have a combined enrollment of over 8.2 million students. Headquartered in Washington, D.C., the Council promotes urban education through research, instruction, management, technology, legislation, communications, and other special projects.

The Council has prepared the attached brief because its members and the students that they serve will be harmed by the implementation of the interim final rule adopted by the U.S. Department of Education (the "Department") on July 1, 2020. *See* CARES Act Program; Equitable Services to Students and Teachers in Non-Public Schools, 85 Federal Register, 39,479 (July 1, 2020) (the "Rule"). If this Rule stands, the Department would illegally divert millions of dollars allocated under the CARES Act, H.R. 748 116th Cong., 20 U.S.C. § 3401 note (2020), from public schools serving millions of low-income children to private schools, regardless of the affluence or financial need of their students. This unlawful diversion would have devastating consequences for

public school districts struggling to re-open safely and for the students they are trying to protect. The attached brief explains the nature and scope of the harm inflicted by the Department on public school districts and their students by its arbitrary and capricious actions.

There is good reason exercise for the Court to exercise its discretion here to permit the Council to file the attached *amicus* brief. Counsel for the proposed *amicus curiae* is familiar with the scope of the arguments presented by the parties and will not unduly repeat those arguments. Rather, the Council will draw upon its knowledge of the legislative process and the educational system as well as its members' experience in school communities nationwide to underscore the Rule's unlawfulness and demonstrate the on-going and irreparable harm the Department's actions, including the Rule, have caused and will continue to cause unless struck down by the Court.

In light of the range and complexity of issues to be addressed and the high stakes for the Council and its members, in addition to the parties, good cause exists to extend the page limits for the attached amicus brief to 25 pages.

Furthermore, no party or counsel for a party authored the brief in whole or in part, and no party, counsel for a party, or person other than *amicus curiae*, its members, or its counsel made any monetary contribution intended to fund the preparation or submission of this brief.

For these reasons, the motion for leave to file the attached *amicus curiae* brief should be granted.

Dated: September 10, 2020

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ *Steven A. Neeley*
    Steven A. Neeley (Bar No. 18812)
    750 17th Street, NW, Suite 900
    Washington, DC 20006
    Phone: (202) 378-2331
    Fax: (202) 378-2319
    steve.neeley@huschblackwell.com

    John W. Borkowski (IL Bar No. 6320147)
    Mary Deweese (IL Bar No. 6326512)
    *Pro hac vice motions pending*
    120 South Riverside Plaza, Suite 2200
    Chicago, Illinois  60606
    Phone:  (312) 526-1538
    Fax:  (312) 655-1501
    john.borkowski@huschblackwell.com
    mary.deweese@huschblackwell.com

    Paige Duggins-Clay (TX Bar No. 24105825)
    *Pro hac vice motion pending*
    111 Congress Avenue, Suite 1400
    Austin, Texas 78701
    Phone: (512) 472-5456
    Fax: (512) 479-1101
    paige.duggins-clay@huschblackwell.com

    Aleksandra O. Rushing (MO Bar No. 68304)
    Shmuel B. Shulman (MO Bar No. 71175)
    *Pro hac vice motions pending*
    190 Carondelet Plaza, Suite 600
    St. Louis, Missouri 63141
    Phone: 314-345-6275
    Fax: 314-480-1505
    aleks.rushing@huschblackwell.com
    shmuli.shulman@huschblackwell.com

Attorneys for Amicus Curiae
COUNCIL OF THE GREAT CITY SCHOOLS

HB: 4849-0365-1016.1

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 10th day of September, 2020, a copy of the above and foregoing document was filed with the Clerk of Court using the CM/ECF system which sent electronic notification of such filing to all those individuals currently electronically registered with the Court.


          /s/ *Steven A. Neeley*