IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC., | * | |
| | * | |
| Plaintiff, | | |
| | * | Civil Case No. 1:20-cv-02310-GLR |
| v. | | |
| | * | |
| ELISABETH (Betsy) DEVOS, *et al.*, | | |
| | * | |
| Defendants. | | |

**EXHIBITS TO**
**THE COUNCIL OF THE GREAT CITY SCHOOLS' AMICUS CURIAE BRIEF**
**IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

**INDEX OF EXHIBITS**

| Description | Exhibit |
|---|---|
| Declaration of Jeffrey Simering | A |
|     HEN20279 (Draft of Division B of the CARES Act (March 22, 2020)) | A-1 |
| Paycheck Protection Program Loans to Private Schools: Select Examples | B |
| Letter from Robert C. "Bobby" Scott, Rosa L. DeLauro, and Patty Murray, U.S. Congress, to Betsy DeVos, Secretary, U.S. Department of Education (May 20, 2020) | C |
| Memorandum from Congressional Research Service to House Committee on Education and Labor (July 1, 2020) | D |
| Memorandum from State of New Mexico Public Education Department (May 14, 2020) | E |
| Declaration of Manish Naik | F |
|     Member District Survey Results Regarding Equitable Services under the CARES Act | F-1 |