# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

COUNCIL OF PARENT ATTORNEYS
AND ADVOCATES, INC.,

          Plaintiffs,

v.

ELISABETH (Betsy) DEVOS, *et al.,*

          Defendants.

Civil Case No. 1:20-cv-02310-GLR

## DECLARATION OF JEFFREY SIMERING

I, Jeffrey Simering, do hereby swear upon my oath that the following statements are true and correct to the best of my knowledge, information and belief, and that I could competently testify as follows if called upon to do so:

1. I am the Director of Legislative Services for the Council of Great City Schools. I have served in this position since 1994.

2. My responsibilities include interacting with Congress on education-related legislation and appropriations as a registered lobbyist, interacting with various federal executive departments and agencies on education policy and financial assistance to schools, working with other education associations and coalitions on both federal legislation and administrative policies, and advising urban school districts that are members of the Council of the Great City Schools on the implementation of federal education laws.

3. On March 22, 2020, I received a draft of Division B of the CARES Act from the Committee for Education Funding, a coalition of some 100 education organizations that engages in and coordinates lobbying activities to increase federal education funding. The

1

draft is identified as HEN20279 and stamped S.L.C., meaning it is an Office of Senate Legislative Counsel draft. This draft had no bill or amendment number and was not dated.

4. Exhibit A-1 to this declaration contains a true and accurate copy of an excerpt (pp. 1, 97-104) from the draft of Division B of the CARES Act I received on March 22, 2020.

5. Based on my review of the legislative history of the CARES Act, the HEN20279 draft was circulated among selected senators on March 22, 2020 and included both a $20 billion appropriation for an Education Stabilization Fund and an equitable services provision [section 18005] to ensure proportionate services were provided to private school students. This Division B draft was circulated together with a Division A draft of the CARES Act containing tax and other health and economic relief provisions.

6. The HEN20279 draft of Division B of the CARES Act included the appropriations provisions for the pending third major congressional coronavirus relief legislation. The draft included specific Education Stabilization funding for school districts as well as included an "equitable services" provision [section 18005] designed to provide services – in contrast to direct funding – for private school students who reside in the school district jurisdictional area.

7. At Section 18005(a) of the draft bill, local educational agencies (LEAs) were directed to provide equitable services to students and teachers in non-public schools based on "the proportion of students residing within the boundaries of the local educational agency who attend non-public schools." Operationally under this draft, the ratio of "all" private school students to "all" students (both public and private) residing in the school district's

jurisdiction provides the basis on which to determine the proportionate share of the CARES Act education funds to be expended on the private school students.

8. The initial Senate version of the CARES Act was introduced on March 19, and titled S.3548. This initial version did not contain federal elementary and secondary education funding nor contain an equitable services provision. An alternative House bill was introduced on March 23, and titled H.R. 6379. H.R. 6379, Division A, Title VIII, contained a $50 billion education appropriation as a State Fiscal Stabilization Fund, but did not contain an equitable services provision.

9. On March 25, Senator McConnell ultimately introduced Amendment 1578 in the nature of a substitute to H.R. 748, which became the final version of the CARES Act. Procedurally, the Senate took from the desk a previously House-passed bill, H.R. 748 (to repeal the excise tax on high cost employer-provided health insurance plans), replacing the House bill's contents with Senator McConnell's CARES Act Amendment 1578 and passing it on March 27. The House of Representatives then passed the Senate amendment to H.R. 748 on March 27. This was later signed by the President that same day, becoming Public Law 116-136. The enacted CARES Act includes a $30.75 billion Education Stabilization Fund and a provision [section 18005] that equitable services be provided to private school teachers and students "in the same manner as provided under sec. 1117 of ESEA." [Congressional Record Vol. 166, #59, pp. 2143-43].

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: <u>September 8, 2020</u>                    _____

                                                            Jeffrey Simering