# EXHIBIT A - 1

# DIVISION B—EMERGENCY APPROPRIATIONS FOR CORONAVIRUS HEALTH RESPONSE AND AGENCY OPERATIONS

The following sums are hereby are appropriated, out of any money in the Treasury not otherwise appropriated, for the fiscal year ending September 30, 2020, and for other purposes, namely:

## TITLE I

## DEPARTMENT OF AGRICULTURE

### OFFICE OF INSPECTOR GENERAL

For an additional amount for "Office of Inspector General", $750,000, to remain available until September 30, 2021, to prevent, prepare for, and respond to coronavirus, domestically or internationally: *Provided*, That the funding made available under this heading in this Act shall be used for conducting audits and investigations of projects and activities carried out with funds made available in this Act to the Department of Agriculture to prevent, prepare for, and respond to coronavirus, domestically or internationally; *Provided further*, That such amount is designated by the Congress as being for an

1 the Governor does not award within one year of receiving
2 such funds and the Secretary shall reallocate such funds
3 to the remaining States in accordance with subsection (b).

ELEMENTARY AND SECONDARY SCHOOL EMERGENCY
RELIEF FUND

6 SEC. 18003. (a) GRANTS.—From funds reserved
7 under section 101(b)(2), the Secretary shall make elemen-
8 tary and secondary school emergency relief grants to each
9 State educational agency.

10 (b) ALLOCATIONS TO STATES.—The amount of each
11 grant under subsection (a) shall be allocated by the Sec-
12 retary to each State in the same proportion as each State
13 received under Title II-A of the Elementary and Sec-
14 ondary Education Act ("ESEA") of 1965 in the most re-
15 cent fiscal year.

16 (c) SUBGRANTS TO LOCAL EDUCATIONAL AGEN-
17 CIES.—Each State shall allocate not less than 80 percent
18 of the grant funds awarded to the State under this section
19 as subgrants to local educational agencies (including char-
20 ter schools that are local educational agencies) in the State
21 in proportion to the amount of funds such local edu-
22 cational agencies and charter schools that are local edu-
23 cational agencies received under title I of the ESEA of
24 1965 in the most recent fiscal year.

1 (d) USES OF FUNDS.—A local educational agency
2 that receives funds under this title may use the funds for
3 any of the following:

4  (1) Any activity authorized by the ESEA of
5 1965 (20 U.S.C. 6301 et seq.), the Individuals with
6 Disabilities Education Act (20 U.S.C. 1400 et seq.)
7 ("IDEA"), the Adult Education and Family Lit-
8 eracy Act (20 U.S.C. 1400 et seq.), the Carl D. Per-
9 kins Career and Technical Education Act of 2006
10 (20 U.S.C. 2301 et seq.) ("the Perkins Act"), or
11 subtitle B of title VII of the McKinney-Vento Home-
12 less Assistance Act (42 U.S.C. 11431 et seq).

13  (2) Coordination of preparedness and response
14 efforts of eligible entities with State, local, Tribal,
15 and territorial public health departments, and other
16 relevant agencies.

17  (3) Providing principals and others school lead-
18 ers with the resources necessary to address the
19 needs of their individual schools.

20  (4) Activities coordinated with State, local,
21 Tribal, and territorial public health departments to
22 detect, prevent, or mitigate the spread of infectious
23 disease or otherwise respond to a qualifying emer-
24 gency.

  (5) Developing and implementing procedures and systems to improve the preparedness and response efforts of eligible entities.

  (6) Training and professional development for staff of the eligible entity on sanitation and minimizing the spread of infectious diseases.

  (7) Purchasing supplies to sanitize and clean the facilities of an eligible entity, including buildings operated by local educational agencies.

  (8) Planning for long-term closures, including planning for how to provide meals to eligible students, how to provide technology for virtual instruction to all students, how to provide guidance for carrying out requirements under the Individuals with Disabilities Education Act (20 U.S.C. 1401 et seq.) and how to ensure other educational services can continue to be provided consistent with all Federal, State, and local requirements.

  (9) Purchasing educational technology (including hardware, software, and connectivity) for students who are served by the eligible entity, including low-income students and students with disabilities, which may include assistive technology or adaptive equipment.

1 (10) Providing mental health services and supports.

3 (11) Other activities that are necessary to maintain the operation of and continuity of services in local educational agencies, including hiring third-party entities to provide such services, and continuing to employ existing staff of the local educational agency.

9 (e) STATE FUNDING.—With funds not otherwise allocated under subsection (c), a State may reserve not more than 1/2 of 1 percent for administrative costs and the remainder to carry out grants or contracts for emergency needs as determined by the chief education officer of the State to address issues responding to coronavirus.

15 (f) REALLOCATION .—A State shall return to the Secretary any funds received under this section that the State does not award within 1 years of receiving such funds and the Secretary shall reallocate such funds to the remaining States in accordance with subsection (b).

HIGHER EDUCATION EMERGENCY RELIEF FUND

21 SEC. 18004. (a) IN GENERAL.—The Secretary shall allocate funding under this section as follows:

23 (1) 90 percent to each eligible institution of higher education to prevent, prepare for, and re-

1 spond to coronavirus, domestically or internationally
2 by apportioning it—

3  (A) 75 percent according to the relative
4  share of full-time equivalent enrollment of Federal Pell Grant recipients; and

6  (B) 25 percent according to the relative
7  share of full-time equivalent enrollment of students who were not Federal Pell Grant recipients.

10  (2) 5 percent for parts A and B of title III, part A of title V, and subpart 4 of part A of title VII to address needs directly related to coronavirus.

13  (3) 5 percent for part B of title VII of the Higher Education Act for institutions of higher education to address needs directly related to coronavirus.

16  (b) DISTRIBUTION.—The funds made available to each institution under subsection (a)(1) shall be distributed by the Secretary in the same manner as the Secretary otherwise distributes Federal Pell Grant funding to each institution under the Higher Education Act of 1965 (20 U.S.C. 1001 et seq.).

22  (c) USES OF FUNDS.—An institution of higher education receiving funds under this section may use the funds received to cover any costs associated with the closure or significant changes to the delivery of instruction

due to the coronavirus and shall use no less than 50 percent of such funds to provide emergency grants to students for expenses directly related to coronavirus and the disruption of campus operations.

ASSISTANCE TO NON-PUBLIC SCHOOLS

SEC. 18005. (a) IN GENERAL.—A local educational agency receiving funds under sections 802 or 803 shall provide equitable services to students and teachers in non-public schools, as determined in consultation with representatives of non-public schools. The level of such services shall reflect the proportion of students residing within the boundaries of the local educational agency who attend non-public schools.

(b) PUBLIC CONTROL OF FUNDS.—The control of funds for the services and assistance provided to a non-public school under subsection (a), and title to materials, equipment, and property purchased with such funds, shall be in a public agency, and a public agency shall administer such funds, materials, equipment, and property and shall provide such services (or may contract for the provision of such services with a public or private entity).

CONTINUED PAYMENT TO EMPLOYEES

SEC. 18006. A local educational agency, State, or other entity that receives funds under this heading shall, to the greatest extent practicable, continue to pay its em-

ployees and contractors during the period of any disruptions or closures related to coronavirus.

DEFINITIONS

SEC. 18007. Except as otherwise provided in this title, as used in this title—

(1) the terms "elementary education" and "secondary education" have the meaning given such terms under State law;

(2) the term "institution of higher education" has the meaning given such term in section 102 of the Higher Education Act of 1965 (20 U.S.C. 1002);

(3) the term "Secretary" means the Secretary of Education;

(4) the term "State" means each of the 50 States, the District of Columbia, and the Commonwealth of Puerto Rico;

(5) any other term used that is defined in section 8101 of the Elementary and Secondary Education Act of 1965 (20 U.S.C. 7801) shall have the meaning given the term in such section.

GALLAUDET UNIVERSITY

For an additional amount for "Gallaudet University", $7,000,000, to remain available through September 30, 2021, to prevent, prepare for, and respond to coronavirus,

domestically and internationally, including to help defray the expenses directly caused by coronavirus and to enable grants to students for expenses directly related to coronavirus and the disruption of university operations: *Provided*, That such amount is designated by the Congress as being for an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985.

STUDENT AID ADMINISTRATION

For an additional amount for ''Student Aid Administration'', $40,000,000, to remain available through September 30, 2021, to prevent, prepare for, and respond to coronavirus, domestically and internationally, for carrying out part D of title I, and subparts 1, 3, 9 and 10 of part A, and parts B, C, D, and E of title IV of the HEA, and subpart 1 of part A of title VII of the Public Health Service Act: *Provided*, That such amount is designated by the Congress as being for an emergency requirement pursuant to section 251(b)(2)(A)(i) of the Balanced Budget and Emergency Deficit Control Act of 1985.

HOWARD UNIVERSITY

For an additional amount for ''Howard University'', $13,000,000, to remain available through September 30, 2021, to prevent, prepare for, and respond to coronavirus, domestically and internationally, including to help defray