# EXHIBIT B

**PAYCHECK PROTECTION PROGRAM ("PPP") LOANS TO PRIVATE SCHOOLS**
*Select Examples*

| Location | School Name | PPP Loan Amount | Citation |
|---|---|---|---|
| Albuquerque, NM | Albuqueruque Academy | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020).[1] |
| Arlington, TX | Newman International Academy | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Atlanta, GA | Atlanta International School | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Aurora, CO | Regis Jesuit High School | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Austin, TX | Hyde Park Baptist School | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Austin, TX | Regents School of Austin | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Baltimore, MD | The Park School of Baltimore | $2 -$5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Baltimore, MD | St. Elizabeth School | $1 -$2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Bloomfield Hills, MI | The Roeper School | $1-$2 million | Ruth Conniff, Small business loan data show big payday for private schools that also get public funds, Wisconsin Examiner (Jul. 10, 2020).[2] |
| Buffalo, NY | Nichols School of Buffalo | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Cambridge, MA | Buckingham Browne & Nichols School | $2- $5 million | J Dwinell, & J Battenfeld, Payroll Protection Program loan list a who's who of Massachusetts employers, Boston Herald (Jul. 9, 2020, 7:39 AM).[3] |
| Chicago, IL | DePaul College Prep | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Cincinnati, OH | Cincinnati Country Day School | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Cincinnati, OH | Cincinnati Hills Christian Academy | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Cleveland, OH | St. Joseph Academy | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Dallas, TX | Bishop Lynch High School | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Dallas, TX | June Shelton School and Evaluation Center | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |

**PAYCHECK PROTECTION PROGRAM ("PPP") LOANS TO PRIVATE SCHOOLS**

*Select Examples*

| Location | School Name | PPP Loan Amount | Citation |
|---|---|---|---|
| Denver, CO | Strive Preparatory Schools | $5- $10 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Denver, CO | Denver Academy | $1 -$2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Detroit, MI | Detroit County Day School | $2-$5 million | Heather Catallo, Private schools receive millions in PPP loans from federal government, WXYZ (Jul. 17, 2020, 9:09 PM).[4] |
| Detroit, MI | University of Detroit Jesuit High School and Academy | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Fort Worth, TX | All Saints Episcopal School of Fort Worth | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Fort Worth, TX | Southwest Christian School, Inc. | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Grosse Pointe Woods, MI | University Liggett School | $2-$5 million | Ruth Conniff, Small business loan data show big payday for private schools that also get public funds, Wisconsin Examiner (Jul. 10, 2020). |
| Groton, MA | Lawrence Academy | $2 - $5 million | J Dwinell, & J Battenfeld, Payroll Protection Program loan list a who's who of Massachusetts employers, Boston Herald (Jul. 9, 2020, 7:39 AM). |
| Houston, TX | St. Francis Episcopal School of Houston | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Houston, TX | First Baptist Academy of Houston | $1 -$2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Los Angeles, CA | Westside Neighborhood School | $2 -$5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Manhattan, NY | The City and Country School | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Miami, FL | Christopher Columbus High School | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Miami, FL | Miami Country Day School | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Miami, FL | Scheck Hillel Community School | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Miami, FL | Westminster Christian Private School | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |

**PAYCHECK PROTECTION PROGRAM ("PPP") LOANS TO PRIVATE SCHOOLS**
*Select Examples*

| Location | School Name | PPP Loan Amount | Citation |
|---|---|---|---|
| Milwaukee, WI | Marquette University High School | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Milwaukee, WI | Academy of Excellence | $350K - $1 million | Ruth Conniff, Small business loan data show big payday for private schools that also get public funds, Wisconsin Examiner (Jul. 10, 2020). |
| Milwaukee, WI | Divine Savior Holy Angels High School | $1 - $2 mllion | Ruth Conniff, Small business loan data show big payday for private schools that also get public funds, Wisconsin Examiner (Jul. 10, 2020). |
| Milwaukee, WI | Atlas Preparatory Academy | $350K - $1 million | Ruth Conniff, Small business loan data show big payday for private schools that also get public funds, Wisconsin Examiner (Jul. 10, 2020). |
| Minneapolis, MN | Minnehaha Academy | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Nashville, TN | Franklin Road Academy | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Newton, MA | The Fessenden School | $2 - $5 million | J Dwinell, & J Battenfeld, Payroll Protection Program loan list a who's who of Massachusetts employers, Boston Herald (Jul. 9, 2020, 7:39 AM). |
| NYC, NY | St. Ann's School | $5-$10 million | E Bowden, & L Eustachewich, Elite NYC private schools received millions in PPP loans: SBA, New York Post ( Jul. 7, 2020, 3:41 PM).[5] |
| NYC, NY | Poly Prep Country Day School | $5-$10 million | E Bowden, & L Eustachewich, Elite NYC private schools received millions in PPP loans: SBA, New York Post ( Jul. 7, 2020, 3:41 PM). |
| NYC, NY | Packer Collegiate Institute | $5-$10 million | E Bowden, & L Eustachewich, Elite NYC private schools received millions in PPP loans: SBA, New York Post ( Jul. 7, 2020, 3:41 PM). |
| NYC, NY | Berkeley Carroll School | $5-$10 million | E Bowden, & L Eustachewich, Elite NYC private schools received millions in PPP loans: SBA, New York Post ( Jul. 7, 2020, 3:41 PM). |
| NYC, NY | Columbia Grammar & Preparatory School | $5-$10 million | E Bowden, & L Eustachewich, Elite NYC private schools received millions in PPP loans: SBA, New York Post ( Jul. 7, 2020, 3:41 PM). |
| NYC, NY | United Nations International School | $5-$10 million | E Bowden, & L Eustachewich, Elite NYC private schools received millions in PPP loans: SBA, New York Post ( Jul. 7, 2020, 3:41 PM). |
| NYC, NY | Fordham Preparatory School | $2-$5 million | E Bowden, & L Eustachewich, Elite NYC private schools received millions in PPP loans: SBA, New York Post ( Jul. 7, 2020, 3:41 PM). |
| NYC, NY | Grace Church School | $2-$5 million | E Bowden, & L Eustachewich, Elite NYC private schools received millions in PPP loans: SBA, New York Post ( Jul. 7, 2020, 3:41 PM). |
| NYC, NY | Brooklyn Friends School | $2-$5 million | E Bowden, & L Eustachewich, Elite NYC private schools received millions in PPP loans: SBA, New York Post ( Jul. 7, 2020, 3:41 PM). |
| NYC, NY | Friends Seminary | $2-$5 million | E Bowden, & L Eustachewich, Elite NYC private schools received millions in PPP loans: SBA, New York Post ( Jul. 7, 2020, 3:41 PM). |

**PAYCHECK PROTECTION PROGRAM ("PPP") LOANS TO PRIVATE SCHOOLS**
*Select Examples*

| Location | School Name | PPP Loan Amount | Citation |
|---|---|---|---|
| NYC, NY | Bay Ridge Prep School | $1-$2 million | E Bowden, & L Eustachewich, Elite NYC private schools received millions in PPP loans: SBA, New York Post ( Jul. 7, 2020, 3:41 PM). |
| NYC, NY | Blue School | $1-$2 million | E Bowden, & L Eustachewich, Elite NYC private schools received millions in PPP loans: SBA, New York Post ( Jul. 7, 2020, 3:41 PM). |
| NYC, NY | Staten Island Academy | $1-$2 million | E Bowden, & L Eustachewich, Elite NYC private schools received millions in PPP loans: SBA, New York Post ( Jul. 7, 2020, 3:41 PM). |
| Oakland, CA | Head-Royce School | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Oakland, CA | Redwood Day School | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Oklahoma City, OK | Bishop McGuiness Catholic High School | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Pittsburgh, PA | Shady Side Academy | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Pontiac MI | Notre Dame Preparatory School and Marist Academy | $1.7 million | Heather Catallo, Private schools receive millions in PPP loans from federal government, WXYZ (Jul. 17, 2020, 9:09 PM). |
| Portland, OR | Central Catholic High School | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Portland, OR | St. Mary's Academy | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Rochester, NY | Alendale Columbia School | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Sacramento, CA | Christian Brother High School of Sacramento | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| San Antonio, TX | Antonian College Preparatory High School | $1- $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| San Antonio, TX | Central Catholic High School | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| San Diego, CA | Francis Parker School | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| San Diego, CA | St. Augustine's School of San Diego | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |

**PAYCHECK PROTECTION PROGRAM ("PPP") LOANS TO PRIVATE SCHOOLS**
*Select Examples*

| Location | School Name | PPP Loan Amount | Citation |
|---|---|---|---|
| San Francisco, CA | Sacred Heart Cathedral Preparatory | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| San Francisco, CA | Archbishop Riordan High School | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| San Francisco, CA | Drew School | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| St. Louis, MO | Cor Jesu Academy | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| St. Louis, MO | St. Louis Charter School | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| St. Louis, MO | St. Louis University High School | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| St. Paul, MN | St. Paul Academy and Summit School | $2 - $5 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Tulsa, OK | Riverfield Country Day School | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Washington, DC | Sidwell Friends School | $5 - $10 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |
| Washington, DC | Sheridan School | $1 - $2 million | S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020). |

| Links to Citations |
|---|
| [1] S Rich, J Fox, J Crump, A Gregg, A Blanco, & A Ba Tran, SBA data: Business that received PPP loans, Washington Post (Jul. 6, 2020), https://www.washingtonpost.com/graphics/2020/business/sba-ppp-data/?utm_campaign=wp_main&utm_medium=social&utm_source=twitter&itid=lk_inline_manual_5 |
| [2] Ruth Conniff, Small business loan data show big payday for private schools that also get public funds, Wisconsin Examiner (Jul. 10, 2020), https://wisconsinexaminer.com/2020/07/10/small-business-loan-data-show-big-payday-for-private-schools-that-also-get-public-funds/ |
| [3] J Dwinell, & J Battenfeld, Payroll Protection Program loan list a who's who of Massachusetts employers, Boston Herald (Jul. 9, 2020, 7:39 AM), https://www.bostonherald.com/2020/07/08/payroll-protection-loan-list-a-whos-who-of-massachusetts-employers/ |
| [4] Heather Catallo, Private schools receive millions in PPP loans from federal government, WXYZ (Jul. 17, 2020, 9:09 PM), https://www.wxyz.com/news/coronavirus/private-schools-receive-millions-in-ppp-loans-from-federal-government |
| [5] E Bowden, & L Eustachewich, Elite NYC private schools received millions in PPP loans: SBA, New York Post (Jul. 7, 2020, 3:41 PM), https://nypost.com/2020/07/07/elite-nyc-private-schools-received-millions-in-ppp-loans-sba/ |