# EXHIBIT F-1

**Council of the Great City Schools**

*Member District Survey Results Regarding Equitable Services under the CARES Act*

| | Estimated CARES Act Allocation | Equitable Services Amount Based on Low-Income Students | Equitable Services Amount Based on All Students | Increase in Equitable Services Amount | Percent Increase |
|---|---|---|---|---|---|
| Baltimore City Public Schools | $ 48,392,781.00 | $ 1,451,783.43 | $ 3,871,422.48 | $ 2,419,639.05 | 167% |
| Clark County School District | $ 83,968,770.00 | $ 714,849.84 | $ 2,311,069.32 | $ 1,596,219.48 | 223% |
| Cleveland Metropolitan School District | $ 31,202,407.12 | $ 4,294,120.62 | $ 5,117,072.80 | $ 822,952.18 | 19% |
| District of Columbia Public Schools | $ 21,749,742.49 | $ 914,306.89 | $ 2,802,901.17 | $ 1,888,594.28 | 207% |
| Jefferson County Public Schools | $ 30,378,113.00 | $ 328,032.90 | $ 5,009,148.39 | $ 4,681,115.49 | 1427% |
| Kansas City Public Schools | $ 6,485,116.76 | $ 1,366,388.24 | $ 7,851,505.00 | $ 6,485,116.76 | 475% |
| Miami-Dade County Public Schools | $ 119,240,142.00 | $ 11,096,816.00 | $ 14,143,364.00 | $ 3,046,548.00 | 27% |
| Minneapolis Public Schools | $ 18,705,817.00 | $ 1,426,394.00 | $ 2,576,676.00 | $ 1,150,282.00 | 81% |
| Oakland Unified School District | $ 14,493,191.00 | $ 156,526.46 | $ 2,160,000.00 | $ 2,003,473.54 | 1280% |
| Portland Public Schools | $ 8,276,718.94 | $ 574,208.05 | $ 1,202,325.66 | $ 628,117.61 | 109% |
| Sacramento City Unified School District | $ 15,770,510.00 | $ 192,400.00 | $ 1,636,181.00 | $ 1,443,781.00 | 750% |
| Saint Paul Public Schools | $ 19,974,429.00 | $ 346,822.34 | $ 1,677,438.45 | $ 1,330,616.11 | 384% |
| San Antonio Independent School District | $ 21,164,881.00 | $ 318,763.00 | $ 1,774,854.00 | $ 1,456,091.00 | 457% |
| San Diego Unified School District | $ 30,512,782.00 | $ 411,923.00 | $ 2,345,268.00 | $ 1,933,345.00 | 469% |
| Seattle Public Schools | $ 10,709,835.00 | $ 364,434.00 | $ 2,048,749.00 | $ 1,684,315.00 | 462% |
| The School District of Palm Beach County | $ 39,918,975.60 | $ 1,516,921.07 | $ 2,317,187.15 | $ 800,266.08 | 53% |
| **Grand Total** | **$ 520,944,211.91** | **$ 25,474,689.84** | **$ 58,845,162.42** | **$ 33,370,472.58** | **131%** |

July 2020