IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ELISABETH (Betsy) DEVOS, *et al.,* <br><br> Defendants. | Civil Case No. 1:20-cv-02310-GLR |

**[PROPOSED] ORDER GRANTING
THE COUNCIL OF THE GREAT CITY SCHOOLS'
MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

On September 10, 2020, *amicus curiae* Council of the Great City Schools ("Council") filed a Motion for Leave to File Amicus Brief which included an administrative request to exceed applicable page limits under the Court's Standing Order. The Council requests an additional 10 pages—or 25 pages total—for its brief.

The Court has considered the Council's request to exceed applicable page limits and hereby GRANTS *amicus curiae*'s requests.  Now, therefore, it is ORDERED that:

*Amicus curiae* Council of the Great City Schools shall be granted leave to file its amicus brief up to 25 pages in length.

**IT IS SO ORDERED.**

Dated: _____

_____
United States District Court Judge