IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ELISABETH (BETSY) DEVOS, *in her official capacity as Secretary of Education*, *et al.*<br><br>Defendants. | Case 1:20-cv-02310-GLR |

### ORDER

The parties have submitted a stipulation noting the ruling of the United States District Court for the District of Columbia in NAACP v. DeVos, No. 20-cv-1996, 2020 WL 5291406 (D.D.C. Sept. 4, 2020), and jointly requesting a 30-day stay of proceedings in this action. Good cause appearing,

**IT IS HEREBY ORDERED** that all proceedings in this action (including the deadlines for amicus briefs, Defendants' opposition to COPAA's motion for summary judgment, and Defendants' response to the complaint) are stayed for 30 days to allow Defendants to decide their response to the NAACP v. DeVos ruling and its impact on this action. Parties shall **FILE** a joint status report within thirty (30) days of the date of this Order indicating whether the stay should be lifted.

Dated: September 14, 2020

/s/
_____
Honorable George L. Russell, III
United States District Judge