# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELISABETH (BETSY) DEVOS, *in her official capacity as Secretary of Education*, *et al.* <br><br> Defendants. | Case 1:20-cv-02310-GLR <br><br> **JOINT STATUS REPORT** |

## JOINT STATUS REPORT

Plaintiff Council of Parent Attorneys and Advocates, Inc. ("COPAA") and Defendants Secretary Elisabeth DeVos and the United States Department of Education, by and through their respective undersigned counsel, respectfully submit the following Joint Status Report in response to the Court's September 14, 2020 Order directing the Parties to submit a joint status report indicating whether the stay of proceedings in this action should be lifted.

1. Plaintiff filed this action on August 10, 2020, contending that the Defendants' interim final rule, 85 Fed. Reg. 39479 (July 1, 2020) (codified at 34 C.F.R. 76.665), is unlawful.

2. Plaintiff filed a motion for summary judgment on September 3, 2020.

3. On September 4, 2020, the United States District Court for the District of Columbia entered partial summary judgment that the same interim final rule is unlawful and set it aside with nationwide effect. *NAACP v. DeVos*, No. 20-cv-1996, 2020 WL 5291406 (D.D.C. Sept. 4, 2020).

1

4. Finding good cause, on September 15, 2020, this Court ordered a 30-day stay of all proceedings in this action (including the deadlines for amicus briefs, Defendants' opposition to COPAA's motion for summary judgment, and Defendants' response to the complaint) to allow Defendants to decide their response to the *NAACP v. DeVos* ruling and its impact on this case.

5. On October 2, 2020, counsel for Defendants informed counsel for Plaintiff by email that the Acting Solicitor General has decided not to appeal the grant of partial summary judgment in *NAACP v. DeVos* and proposed that the Parties move to dismiss this matter on mootness grounds.

6. On October 9, 2020, the Department issued revised guidance titled "Providing Equitable Services to Students and Teachers in Non-Public Schools Under the CARES Act Programs." U.S. Dep't of Educ., https://oese.ed.gov/files/2020/10/Providing-Equitable-Services-under-the-CARES-Act-Programs-Update-10-9-2020.pdf (hereinafter "Revised Guidance"). The Revised Guidance states the following:

> The Department first issued guidance on April 30, 2020. Subsequently, on July 1, 2020, the Department published an interim final rule (IFR) (85 FR 39479) to implement key requirements governing equitable services. The IFR was challenged in four U.S. district courts: *Washington v. DeVos*, No. 2:20-cv-1119-BJR, 2020 WL 5079038 (W.D. Wash. Aug. 21, 2020) (granting preliminary injunction against the Department); *Michigan v. DeVos*, No. 3:20-cv-4478-JD, 2020 WL 5074397 (N.D. Cal. Aug. 26, 2020) (granting preliminary injunction against the Department); *NAACP v. DeVos*, No. 20-cv-1996 (DLF), 2020 WL 5291406 (D. D.C. Sept. 4, 2020) (vacating the IFR); and *Council of Parent Attorneys & Advocates, Inc. v. DeVos*, No. 1:20-cv-2310-GLR (D. Md.). The three courts that issued decisions concluded that an LEA must determine the proportional share available to provide equitable services to non-public school students and teachers in accordance with section 1117(a)(4)(A) of the Elementary and Secondary Education Act of 1965 (ESEA). This document revises the April 30 guidance to align with the courts' decisions.

Revised Guidance at ii.

7.      Defendants contend that this action is moot because the judgment in *NAACP* provides Plaintiff all the relief it sought in its Complaint. The ruling in *NAACP* set aside and vacated the Rule in its entirety, with nationwide effect. And, as Defendants' counsel confirmed to Plaintiff's counsel on October 2nd, the Acting Solicitor General has officially determined that no appeal of that judgment will be taken. Indeed, the Revised Guidance referenced above, *supra* ¶ 6, confirms that LEAs are "to provide equitable services to students and teachers in non-public schools in accordance with section 1117(a)(4)(A) of the ESEA," *id.* at 3, precisely as Plaintiff request in its Complaint, *see generally* ECF No. 1. Accordingly, there remains no case or controversy between the parties, and this Court cannot grant Plaintiff any relief beyond that which it already has received. Defendants therefore respectfully submit that this Court lacks jurisdiction over this matter and request that it be dismissed as moot.

8.      Plaintiff is willing, in light of Defendants' changed positions on the merits, to stipulate to the dismissal of this matter without prejudice at a point when the finality of the rulings in each of the three cases identified in the Revised Guidance challenging the interim final rule would legally preclude another change of position — after the deadlines for appealing the final judgments in each of the three cases have passed without any appeal being taken. Until the expiration of all such appeal deadlines, Plaintiff respectfully requests that all proceedings in this action remain stayed. Plaintiff suggests that the parties file a joint report no later than 60 days from today regarding the status of each of the other cases.

RESPECTFULLY SUBMITTED this 15th day of October, 2020

JEFFREY CLARK
Acting Assistant Attorney General
JOHN COGHLAN
Deputy Assistant Attorney General
JENNIFER RICKETTS
Director, Federal Programs Branch

By: /s/ *Kate Talmor*
KATE TALMOR (MD Bar)
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L St, N.W.
Washington, D.C. 20530
(202) 616-8351
kate.talmor@usdoj.gov

Attorneys for Defendants

By: */s/ Jack W. Londen*
    Jack W. Londen

Jack W. Londen (D.MD. Bar No. 813892)
Jessica L. Grant (D.MD. Bar No. 813891)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522
jlonden@mofo.com
Jgrant@mofo.com

G. Brian Busey (D.MD. Bar No. 03918)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 887-1500
Fax: (202) 887-0763
gbusey@mofo.com

Seth Galanter (D.MD. Bar No. 813890)
Alice Y. Abrokwa (D.MD. Bar No. 813895)
NATIONAL CENTER FOR YOUTH LAW
1313 L Street, N.W., Suite 130
Washington, D.C. 20005
Tel: (202) 868-4781
Fax: (202) 868-4788
sgalanter@youthlaw.org
aabrokwa@youthlaw.org

Rachel E. M. Velcoff Hults (D.MD.
   Bar No. 813893)
NATIONAL CENTER FOR YOUTH LAW
1212 Broadway, Suite 600
Oakland, California 94612
Tel: (510) 835-8098
Fax: (510) 835-8099
rvelcoff@youthlaw.org

Attorneys for Plaintiff Council of Parent Attorneys and Advocates, Inc.