IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| COUNCIL OF PARENT ATTORNEYS AND ADVOCATES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ELISABETH (BETSY) DEVOS, *in her official capacity as Secretary of Education*, *et al.*<br><br>Defendants. | Case 1:20-cv-02310-GLR<br><br>NOTICE OF VOLUNTARY DISMISSAL |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Council of Parent Attorneys and Advocates, Inc. ("COPAA") respectfully dismisses this action in its entirety without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Plaintiff has met and conferred with counsel for Defendants Secretary Elisabeth DeVos and the United States Department of Education and jointly agreed that this Notice of Voluntary Dismissal is responsive to and moots out the Court's October 19, 2020, order to file a status report today about whether the existing administrative closure and stay should be lifted.

RESPECTFULLY SUBMITTED this 18th day of December, 2020

By:  */s/ Jack W. Londen*
        Jack W. Londen

Jack W. Londen (D.MD. Bar No. 813892)
Jessica L. Grant (D.MD. Bar No. 813891)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Tel: (415) 268-7000
Fax: (415) 268-7522
jlonden@mofo.com
Jgrant@mofo.com

**Plaintiff's Notice of Voluntary Dismissal is hereby APPROVED this 18th day of December, 2020. This matter is DISMISSED in its entirety.**

_____/s/_____
**George L. Russell, III
United States District Judge**

1